## EXHIBIT A

| Title of Work | Registration Number | Copyrighted Characters Include | Copyright Claimant | Registration Date |
| --- | --- | --- | --- | --- |
| LITTLE MERMAID II: RETURN TO THE SEA - ENGLISH - (US) | PA0001013719 | Ariel, Flounder | Disney Enterprises, Inc. | 11/16/2000 |
| LITTLE MERMAID, THE | PA0000431543 | Ariel, Flounder | Walt Disney Company* | 11/17/1989 |
| LITTLE MERMAID, THE: ARIEL'S BEGINNING | PA0001608579 | Ariel, Flounder | Disney Enterprises, Inc. | 9/23/2008 |
| MOANA | PA0002012015 | Moana | Disney Enterprises, Inc. | 12/20/2016 |
| MOANA 2 | PA0002506063 | Moana | Disney Enterprises, Inc. | 12/12/2024 |
| MULAN | PA000799025 | Mulan | Disney Enterprises, Inc. | 7/7/1998 |
| MULAN | PA0002257407 | Mulan | Disney Enterprises, Inc. | 9/19/2020 |
| OLAF PRESENTS "THE LITTLE MERMAID" (101) | PA0002331877 | Olaf | Disney Enterprises, Inc. | 12/3/2021 |
| FROZEN - (US) | PA0001871077 | Princess Elsa, Olaf | Disney Enterprises, Inc. | 12/9/2013 |
| FROZEN FEVER (US) | PA0001936886 | Princess Elsa, Olaf | Disney Enterprises, Inc. | 3/24/2015 |
| FROZEN II (US) | PA0002217415 | Princess Elsa, Olaf | Disney Enterprises, Inc. | 12/12/2019 |
| OLAF'S FROZEN ADVENTURE - (US) | PA0002068081 | Princess Elsa, Olaf | Disney Enterprises, Inc. | 12/19/2017 |
| DISNEY THE LION GUARD "BABYSITTER BUNGA" (2-01) | PA0002071329 | Simba, Nala | Disney Enterprises, Inc. | 7/12/2017 |
| DISNEY THE LION GUARD "BATTLE FOR THE PRIDE LANDS SPECIAL #1" (3-22) | PA0002208006 | Simba, Nala | Disney Enterprises, Inc. | 8/16/2019 |
| DISNEY THE LION GUARD "RETURN OF THE ROAR (PART 1)" (1-01) | PA0001972155 | Simba, Nala | Disney Enterprises, Inc. | 12/7/2015 |

1

| Title of Work | Registration Number | Copyrighted Characters Include | Copyright Claimant | Registration Date |
|---|---|---|---|---|
| THE LION KING 1 1/2 | PA0001255685 | Simba, Nala | Disney Enterprises, Inc. | 11/19/2004 |
| LION KING II: SIMBA'S PRIDE | PAu002325441 | Simba, Nala | Disney Enterprises, Inc. | 9/16/1998 |
| THE LION KING (US) | PA0002193489 | Simba, Nala | Disney Enterprises, Inc. | 8/7/2019 |
| MUFASA: THE LION KING (US) | PA0002507170 | Simba, Nala | Disney Enterprises, Inc. | 1/2/2025 |
| I AM GROOT "GROOT'S FIRST STEPS" (101) | PA0002391346 | Baby Groot, Groot | MVL Film Finance LLC | 12/14/2022 |
| DEADPOOL & WOLVERINE (US) | PA0002484528 | Deadpool, Wolverine | 20th Century Studios** | 8/13/2024 |
| DEADPOOL (US) | PA0001977152 | Deadpool | Twentieth Century Fox Film Corporation; TSG Entertainment Finance LLC | 3/4/2016 |
| DEADPOOL 2 (US) | PA0002103675 | Deadpool | Twentieth Century Fox Film Corporation; TSG Entertainment Finance LLC | 6/6/2018 |
| ONCE UPON A DEADPOOL (US) | PA0002146886 | Deadpool | Twentieth Century Fox Film Corporation; TSG Entertainment Finance LLC | 1/15/2019 |
| THE GUARDIANS OF THE GALAXY HOLIDAY SPECIAL | PA0002401976 | Groot, Baby Groot, Rocket Raccoon | MVL Film Finance LLC | 1/13/2023 |
| GUARDIANS OF THE GALAXY VOL. 2 (US) | PA0002033904 | Groot, Baby Groot, Rocket Raccoon | MVL Film Finance LLC | 5/25/2017 |
| GUARDIANS OF THE GALAXY VOL. 3(US) | PA0002412688 | Groot, Baby Groot, Rocket Raccoon | MVL Film Finance LLC | 5/22/2023 |
| GUARDIANS OF THE GALAXY (US) | PA0001910955 | Groot, Thanos, Rocket Raccoon | MVL Film Finance LLC | 8/18/2014 |
| THE INCREDIBLE HULK | PA0001598628 | Incredible Hulk | MVL Film Finance LLC | 6/12/2008 |
| THE INCREDIBLE HULK: NO. 1, THE | PA0000957721 | Incredible Hulk | Marvel Characters, Inc. | 6/14/1999 |

2

| Title of Work | Registration Number | Copyrighted Characters Include | Copyright Claimant | Registration Date |
|---|---|---|---|---|
| RETURN OF THE BEAT: PT. 1 | | | | |
| IRON MAN 3 (US) | PA0001836301 | Iron Man | MVL Film Finance, LLC | 4/26/2013 |
| IRON MAN (US) | PA0001596370 | Iron Man | MVL Film Finance LLC | 4/30/2008 |
| IRON MAN 2 (US) | PA0001673574 | Iron Man | MVL Film Finance LLC | 4/28/2010 |
| THE AVENGERS (US) | PA0001782553 | Iron Man, Incredible Hulk, Thanos | MVL Film Finance LLC | 4/25/2012 |
| AVENGERS: AGE OF ULTRON (US) | PA0001940107 | Iron Man, Incredible Hulk, Thanos | MVL Film Finance LLC | 4/28/2015 |
| SPIDER-MAN UNLIMITED - WORLDS APART, PART 1 (001) | PA0001818233 | Spider-Man | Marvel Characters, Inc. | 11/15/2012 |
| SPIDER-MAN : EPISODE TI., DOCTOR STRANGE | PA0000848715 | Spider-Man | Marvel Characters, Inc. | 7/31/1997 |
| SPIDER-MAN : EPISODE TI., GUILTY | PA0000848720 | Spider-Man | Marvel Characters, Inc. | 7/31/1997 |
| SPIDER-MAN : NO. 4, NIGHT OF THE LIZARD | PA0000797173 | Spider-Man | Marvel Characters, Inc. | 6/10/1996 |
| THE INSIDIOUS SIX | PA0000793538 | Spider-Man | Marvel Characters, Inc. | 6/12/1996 |
| SPIDER-MAN: THE ANIMATED SERIES "THE WEDDING" | PA0000942687 | Spider-Man | Marvel Characters, Inc. | 6/11/1999 |
| CAPTAIN AMERICA: CIVIL WAR (US) | PA0001988141 | Spider-Man, Iron Man | MVL Film Finance, LLC | 5/18/2016 |

| Title of Work | Registration Number | Copyrighted Characters Include | Copyright Claimant | Registration Date |
|---|---|---|---|---|
| AVENGERS: INFINITY WAR (US) | PA0002097619 | Spider-Man, Iron Man, Incredible Hulk, Groot, Thanos, Baby Groot, Rocket Raccoon | MVL Film Finance, LLC | 5/7/2018 |
| AVENGERS: ENDGAME (US) | PA0002171416 | Spider-Man, Iron Man, Incredible Hulk, Groot, Thanos, Rocket Raccoon | MVL Film Finance, LLC | 5/2/2019 |
| BUZZ LIGHTYEAR OF STAR COMMAND: no. 011, Wirewolf | PAu002505227 | Buzz Lightyear | Disney Enterprises, Inc. | 9/5/2000 |
| LIGHTYEAR | PA0002366734 | Buzz Lightyear | Pixar; Disney Enterprises, Inc. | 8/25/2022 |
| TOY STORY OF TERROR | PA0001887222 | Buzz Lightyear | Disney Enterprises, Inc.; Pixar | 1/14/2014 |
| TOY STORY THAT TIME FORGOT | PA0001948447 | Buzz Lightyear | Disney Enterprises, Inc.; Pixar | 1/16/2015 |
| TOY STORY TOONS - HAWAIIAN VACATION | PA0001742264 | Buzz Lightyear | Pixar; Disney Enterprises, Inc. | 7/19/2011 |
| TOY STORY TOONS - PARTYSAURUS REX | PA0001939573 | Buzz Lightyear | Pixar; Disney Enterprises, Inc. | 11/25/2014 |
| TOY STORY TOONS SMALL FRY | PA0001792892 | Buzz Lightyear | Pixar; Disney Enterprises, Inc. | 6/19/2012 |
| CARS | PA0001322908 | Lightning McQueen | Disney Enterprises, Inc.; Pixar Animation Studios | 6/30/2006 |
| CARS 2 | PA0001742101 | Lightning McQueen | Pixar; Disney Enterprises, Inc. | 7/19/2011 |
| CARS 3 | PA0002048714 | Lightning McQueen | Pixar; Disney Enterprises, Inc. | 8/7/2017 |

4

| Title of Work | Registration Number | Copyrighted Characters Include | Copyright Claimant | Registration Date |
|---|---|---|---|---|
| CARS ON THE ROAD "DINO PARK" (101) | PA0002395121 | Lightning McQueen | Pixar; Disney Enterprises, Inc. | 1/17/2023 |
| TOY STORY | PA0000765713 | Buzz Lightyear | Walt Disney Company* | 12/20/1995 |
| TOY STORY 2 | PA0000959870 | Buzz Lightyear | Disney Enterprises, Inc.; Pixar Animation Studios | 12/7/1999 |
| TOY STORY 3 | PA0001688323 | Buzz Lightyear | Pixar; Disney Enterprises, Inc. | 7/19/2010 |
| TOY STORY 4 | PA0002185740 | Buzz Lightyear | Pixar; Disney Enterprises, Inc. | 7/3/2019 |
| MIKE'S NEW CAR | PA0001363955 | Sulley, Mike Wazowski | Disney Enterprises, Inc.; Pixar Animation Studios | 11/24/2006 |
| MONSTERS AT WORK "WELCOME TO MONSTERS, INCORPORATED" 101 | PA0002308069 | Sulley, Mike Wazowski | Disney Enterprises, Inc. | 7/21/2021 |
| MONSTERS AT WORK "IT'S LAUGHTER THEY'RE AFTER" (110) | PA0002318050 | Sulley, Mike Wazowski | Disney Enterprises, Inc. | 9/17/2021 |
| MONSTERS AT WORK "A MONSTROUS HOMECOMING" 201 | PA0002468231 | Sulley, Mike Wazowski | Disney Enterprises, Inc. | 4/18/2024 |
| MONSTERS UNIVERSITY | PA0001848339 | Sulley, Mike Wazowski | Pixar; Disney Enterprises, Inc. | 7/5/2013 |
| MONSTERS, INC. | PA0001038178 | Sulley, Mike Wazowski | Disney Enterprises, Inc.; Pixar Animation Studios | 12/10/2001 |
| DISNEY PIXAR PARTY CENTRAL | PA0001889178 | Sulley, Mike Wazowski | Disney Enterprises, Inc.; Pixar | 4/3/2014 |
| WALL - E | PA0001606305 | WALL-E | Disney Enterprises, Inc.; Pixar | 8/21/2008 |
| STAR WARS: THE CLONE WARS | PA0002311374 | Chewbacca | Lucasfilm Ltd. LLC | 9/2/2020 |

| Title of Work | Registration Number | Copyrighted Characters Include | Copyright Claimant | Registration Date |
|---|---|---|---|---|
| "WOOKIEE HUNT" (322) | | | | |
| STAR WARS: EPISODE VII - THE FORCE AWAKENS - (US) | PA0001975592 | Chewbacca, R2-D2, C-3PO, Stormtroopers | Lucasfilm Ltd. LLC | 2/26/2016 |
| STAR WARS: THE LAST JEDI (US) | PA0002068923 | Chewbacca, R2-D2, C-3PO, Stormtroopers | Lucasfilm Ltd. LLC | 12/29/2017 |
| STAR WARS: THE RISE OF SKYWALKER (US) | PA0002226461 | Chewbacca, R2-D2, C-3PO, Stormtroopers | Lucasfilm Ltd. LLC | 2/6/2020 |
| BOOK OF BOBA FETT, THE "CHAPTER 5: RETURN OF THE MANDALORIAN" (105) | PA0002334831 | Mandalorian | Lucasfilm Ltd. LLC | 2/10/2022 |
| OBI-WAN KENOBI "PART II" (EP102) | PA0002354052 | Darth Vader | Lucasfilm Ltd. LLC | 6/16/2022 |
| OBI-WAN KENOBI "PART III" (EP103) | PA0002354055 | Darth Vader | Lucasfilm Ltd. LLC | 6/16/2022 |
| OBI-WAN KENOBI "PART IV" (EP104) | PA0002356843 | Darth Vader | Lucasfilm Ltd. LLC | 7/11/2022 |
| OBI-WAN KENOBI "PART V" (EP105) | PA0002357775 | Darth Vader | Lucasfilm Ltd. LLC | 7/15/2022 |
| OBI-WAN KENOBI "PART VI" (EP106) | PA0002356840 | Darth Vader | Lucasfilm Ltd. LLC | 711/2022 |
| SOLO: A STAR WARS STORY (US) | PA0002105390 | Darth Vader, Chewbacca, Stormtroopers | Lucasfilm Ltd. LLC | 6/14/2018 |
| STAR WARS | LP47760; RE0000925302 | Darth Vader, Chewbacca, Stormtroopers, R2-D2, C-3PO | Lucasfilm, Ltd. | 12/27/2005 |

| Title of Work | Registration Number | Copyrighted Characters Include | Copyright Claimant | Registration Date |
|---|---|---|---|---|
| STAR WARS: EPISODE III, REVENGE OF THE SITH - (US) | PA0001271265 | Darth Vader, Chewbacca, Yoda, R2-D2, C-3PO, Clone Troopers | Lucasfilm Ltd. LLC | 5/4/2005 |
| STAR WARS: EPISODE V - THE EMPIRE STRIKES BACK | PA0000072282 | Darth Vader, Chewbacca, Yoda, R2-D2, C-3PO, Stormtroopers | Lucasfilm, Ltd. | 6/13/1980 |
| STAR WARS: EPISODE VI : RETURN OF THE JEDI | PA0000172810 | Darth Vader, Chewbacca, Yoda, R2-D2, C-3PO, Stormtroopers | Lucasfilm, Ltd. | 5/27/1983 |
| ROGUE ONE: A STAR WARS STORY (US) | PA0002016306 | Darth Vader, R2-D2, C-3PO | Lucasfilm Ltd. LLC | 1/26/2017 |
| BOOK OF BOBA FETT, THE "CHAPTER 5: RETURN OF Mandalorian" (105) | PA0002334831 | Mandalorian, Grogu | Lucasfilm Ltd. LLC | 2/10/2022 |
| THE MANDALORIAN "CHAPTER 10: THE PASSENGER" (F010) | PA0002269919 | Mandalorian, Grogu | Lucasfilm Ltd. LLC | 11/9/2020 |
| THE MANDALORIAN "CHAPTER 14: THE TRAGEDY" (F014) | PA0002269654 | Mandalorian, Grogu | Lucasfilm Ltd. LLC | 12/4/2020 |
| BOOK OF BOBA FETT, THE "CHAPTER 6: FROM THE DESERT COMES A STRANGER" (106) | PA0002336354 | Mandalorian, Grogu | Lucasfilm Ltd. LLC | 2/17/2022 |
| BOOK OF BOBA FETT, THE | PA0002337140 | Mandalorian, Grogu | Lucasfilm Ltd. LLC | 2/23/2022 |

| Title of Work | Registration Number | Copyrighted Characters Include | Copyright Claimant | Registration Date |
|---|---|---|---|---|
| "CHAPTER 7: IN THE NAME OF HONOR" (107) | | | | |
| MANDALORIAN, THE (US) "CHAPTER 24: THE RETURN" (308) | PA0002415524 | Mandalorian, Grogu, Stormtroopers | Lucasfilm Ltd. LLC | 5/3/2023 |
| MANDALORIAN, THE (US) "CHAPTER 9: THE MARSHAL" (F009) | PA0002269923 | Mandalorian, Grogu, Darth Vader | Lucasfilm Ltd. LLC | 11/4/2020 |
| MANDALORIAN, THE (US) "CHAPTER 1" (F001) | PA0002214492 | Mandalorian, Grogu, Stormtroopers | Lucasfilm Ltd. LLC | 11/26/2019 |
| BOOK OF BOBA FETT, THE "CHAPTER 2: THE TRIBES OF TATOOINE" (102) | PA0002330972 | Stormtroopers | Lucasfilm Ltd. LLC | 1/20/2022 |
| MANDALORIAN, THE (US) | PA0002230040 | Stormtroopers | Lucasfilm Ltd. LLC | 2/6/2020 |
| STAR WARS: THE BAD BATCH "CONFINED" (301) | PA0002462972 | Clone Troopers | Lucasfilm Ltd. LLC | 3/18/2024 |
| STAR WARS: THE BAD BATCH "SPOILS OF WAR" (201) | PA0002395604 | Clone Troopers | Lucasfilm Ltd. LLC | 1/19/2023 |
| ANDOR (US) "KASSA" (101) | PA0002375311 | Stormtroopers | Lucasfilm Ltd. LLC | 10/15/2022 |
| OBI-WAN KENOBI "PART I" (101) | PA0002354047 | Stormtroopers | Lucasfilm Ltd. LLC | 6/16/2022 |
| STAR WARS: THE BAD BATCH "AFTERMATH" (101) | PA0002298176 | Stormtroopers | Lucasfilm Ltd. LLC | 5/28/2021 |
| ACOLYTE, THE (US) "THE ACOLYTE" (108) | PA0002487384 | Yoda | Lucasfilm Ltd. LLC | 8/7/2024 |
| STAR WARS: THE CLONE WARS "AMBUSH" (101) | PA0001689445 | Yoda | Lucasfilm Ltd. LLC | 4/28/2010 |
| STAR WARS: THE CLONE WARS | PA0001744569 | Yoda | Lucasfilm Ltd. | 12/23/2010 |

8

| Title of Work | Registration Number | Copyrighted Characters Include | Copyright Claimant | Registration Date |
|---|---|---|---|---|
| "CLONE CADETS" (301) | | | | |
| STAR WARS: THE CLONE WARS "HOLOCRON HEIST" (201) | PA0001689438 | Yoda | Lucasfilm Ltd. | 4/28/2010 |
| YOUNG JEDI ADVENTURES "THE YOUNG JEDI / YODA'S MISSION" (101) | PA0002417720 | Yoda | Lucasfilm Ltd. LLC | 5/9/2023 |
| STAR WARS: EPISODE I - THE PHANTOM MENACE (US) | PA0000933148 | Yoda, R2-D2, C-3PO | Lucasfilm Ltd. LLC | 5/18/1999 |
| STAR WARS: EPISODE II - ATTACK OF THE CLONES (US) | PA0001072580 | Yoda, R2-D2, C-3PO, Clone Troopers | Lucasfilm, Ltd. | 5/10/2002 |
| GOOD, THE BART, AND THE LOKI, THE | PA0002339610 | The Simpsons | 20th Television** | 1/18/2022 |
| MAGGIE SIMPSON IN "ROGUE NOT QUITE ONE" | PA0002420148 | The Simpsons | 20th Television** | 5/26/2023 |
| MAY THE 12TH BE WITH YOU | PA0002477638 | The Simpsons | 20th Television** | 6/3/2024 |
| PLUSAVERSARY | PA0002339611 | The Simpsons | 20th Television** | 1/18/2022 |
| SIMPSONS MEET THE BOCELLIS IN "FELIZ NAVIDAD", THE | PA0002394923 | The Simpsons | 20th Television** | 1/20/2023 |
| SIMPSONS MOVIE, THE | PA0001382125 | The Simpsons | Twentieth Century Fox Film Corporation | 7/24/2007 |
| SIMPSONS, THE "BART GETS AN F" (2ABF03) | PA0000495749 | The Simpsons | Twentieth Century Fox Film Corporation | 12/13/1990 |
| SIMPSONS, THE "BART OF DARKNESS" (5ABF22) | PA0000716391 | The Simpsons | Twentieth Century Fox Film Corporation | 10/3/1994 |
| SIMPSONS, THE "BART'S BIRTHDAY" (3601) | PA0002497674 | The Simpsons | 20th Television** | 10/2/2024 |

9

| Title of Work | Registration Number | Copyrighted Characters Include | Copyright Claimant | Registration Date |
|---|---|---|---|---|
| SIMPSONS, THE "BART'S NOT DEAD" (XABF19) | PA0002147698 | The Simpsons | Twentieth Century Fox Film Corporation | 11/8/2018 |
| SIMPSONS, THE "BEYOND BLUNDERDOME" (AABF23) | PA0000957855 | The Simpsons | Twentieth Century Fox Film Corporation | 10/15/1999 |
| SIMPSONS, THE "BONFIRE OF THE MANATEES" (GABF18) | PA0001291040 | The Simpsons | Twentieth Century Fox Film Corporation | 9/29/2005 |
| SIMPSONS, THE "CLOWN IN THE DUMPS" (SABF20) | PA0001932077 | The Simpsons | Twentieth Century Fox Film Corporation | 10/30/2014 |
| SIMPSONS, THE "ELEMENTARY SCHOOL MUSICAL" (MABF21) | PA0001704118 | The Simpsons | Twentieth Century Fox Film Corporation | 10/20/2010 |
| SIMPSONS, THE "EVERY MAN'S DREAM" (TABF14) | PA0001968236 | The Simpsons | Twentieth Century Fox Film Corporation | 10/20/2015 |
| SIMPSONS, THE "HABEAS TORTOISE" (3316) | PA0002383556 | The Simpsons | 20th Television** | 10/14/2022 |
| SIMPSONS, THE "HE LOVES TO FLY AND HE D'OHS" (JABF20) | PA0001598458 | The Simpsons | Twentieth Century Fox Film Corporation | 10/4/2007 |
| SIMPSONS, THE "HOMER THE WHOPPER" (LABF13) | PA0001656853 | The Simpsons | Twentieth Century Fox Film Corporation | 10/27/2009 |
| SIMPSONS, THE "HOMERLAND" (RABF20) | PA0001887795 | The Simpsons | Twentieth Century Fox Film Corporation | 11/26/2013 |
| SIMPSONS, THE "HOMER'S BARBERSHOP QUARTET" (4ABF219F21) | PA0000660631 | The Simpsons | Twentieth Century Fox Film Corporation | 10/12/1993 |
| SIMPSONS, THE "HOMER'S CROSSING" (3501) | PA0002438294 | The Simpsons | 20th Television** | 10/3/2023 |

| Title of Work | Registration Number | Copyrighted Characters Include | Copyright Claimant | Registration Date |
|---|---|---|---|---|
| SIMPSONS, THE "KAMP KRUSTY" (3ABF248F24) | PA0000573823 | The Simpsons | Twentieth Century Fox Film Corporation | 10/2/1992 |
| SIMPSONS, THE "LARD OF THE DANCE" (9ABF205F20) | PA0000903452 | The Simpsons | Twentieth Century Fox Film Corporation | 10/23/1998 |
| SIMPSONS, THE "MONTY BURNS' FLEEING CIRCUS" (VABF20) | PA0002012564 | The Simpsons | Twentieth Century Fox Film Corporation | 10/27/2016 |
| SIMPSONS, THE "MOONSHINE RIVER" (PABF21) | PA0001824051 | The Simpsons | Twentieth Century Fox Film Corporation | 11/13/2012 |
| SIMPSONS, THE "SEX, PIES, AND IDIOT SCRAPES" (KABF17) | PA0001610155 | The Simpsons | Twentieth Century Fox Film Corporation | 10/9/2008 |
| SIMPSONS, THE "SIMPSONS ROASTING ON AN OPEN FIRE" (1ABF087608) | PA0000453196 | The Simpsons | Twentieth Century Fox Film Corporation | 3/7/1990 |
| SIMPSONS, THE "STARK RAVING DAD" (2ABF247F24) | PA0000521987 | The Simpsons | Twentieth Century Fox Film Corporation | 10/3/1991 |
| SIMPSONS, THE "THE CITY OF NEW YORK VS. HOMER SIMPSON" (8ABF22) | PA0000854266 | The Simpsons | Twentieth Century Fox Film Corporation | 12/23/1997 |
| SIMPSONS, THE "THE FALCON AND THE D'OHMAN" (NABF16) | PA0001765548 | The Simpsons | Twentieth Century Fox Film Corporation | 11/7/2011 |
| SIMPSONS, THE "THE MOOK, THE CHEF, THE WIFE, AND HER HOMER" (HABF15) | PA0001261349 | The Simpsons | Twentieth Century Fox Film Corporation | 9/27/2006 |
| SIMPSONS, THE "THE SERFSONS" (WABF17) | PA0002080100 | The Simpsons | Twentieth Century Fox Film Corporation | 11/13/2017 |

| Title of Work | Registration Number | Copyrighted Characters Include | Copyright Claimant | Registration Date |
|---|---|---|---|---|
| SIMPSONS, THE "THE STAR OF THE BACKSTAGE" (QABF17) | PA0002328234 | The Simpsons | 20th Television** | 11/9/2021 |
| SIMPSONS, THE "THE WINTER OF OUR MONETIZED CONTENT" (YABF19) | PA0002224141 | The Simpsons | Twentieth Century Fox Film Corporation | 11/1/2019 |
| SIMPSONS, THE "TREEHOUSE OF HORROR VII" (8ABF024F02) | PA0000817078 | The Simpsons | Twentieth Century Fox Film Corporation | 11/1/1996 |
| SIMPSONS, THE "TREEHOUSE OF HORROR XI" (BABF21) | PA0001007023 | The Simpsons | Twentieth Century Fox Film Corporation | 11/9/2000 |
| SIMPSONS, THE "TREEHOUSE OF HORROR XII" (CABF19) | PA0001064191 | The Simpsons | Twentieth Century Fox Film Corporation | 11/14/2001 |
| SIMPSONS, THE "TREEHOUSE OF HORROR XIII" (DABF19) | PA0001110451 | The Simpsons | Twentieth Century Fox Film Corporation | 11/25/2002 |
| SIMPSONS, THE "TREEHOUSE OF HORROR XIV" (EABF21) | PA0001156097 | The Simpsons | Twentieth Century Fox Film Corporation | 11/10/2003 |
| SIMPSONS, THE "TREEHOUSE OF HORROR XV" (FABF23) | PA0001249101 | The Simpsons | Twentieth Century Fox Film Corporation | 12/10/2004 |
| SIMPSONS, THE "UNDERCOVER BURNS" (ZABF19) | PA0002274642 | The Simpsons | Twentieth Century Fox Film Corporation | 12/7/2020 |
| SIMPSONS, THE "WHO SHOT MR. BURNS (PART TWO)" (6ABF20) | PA0000771819 | The Simpsons | Twentieth Century Fox Film Corporation | 9/22/1995 |
| SIMPSONS, THE \| BALENCIAGA | PA0002343520 | The Simpsons | 20th Television** | 2/15/2022 |
| SIMPSONS, THE: WELCOME TO THE CLUB | PA0002383888 | The Simpsons | 20th Television** | 10/14/2022 |

| Title of Work | Registration Number | Copyrighted Characters Include | Copyright Claimant | Registration Date |
|---|---|---|---|---|
| SIMPSONS, THE: WHEN BILLIE MET LISA | PA0002364298 | The Simpsons | 20th Television** | 7/13/2022 |
| THE SIMPSONS : LABF12, COMING TO HOMERICA | PA0001632428 | The Simpsons | Twentieth Century Fox Film Corporation | 6/2/2009 |
| THE SIMPSONS : QABF18 : 3302, BART'S IN JAIL! | PA0002328235 | The Simpsons | 20th Television** | 11/9/2021 |
| Black Panther | PA0002076919 | Black Panther | MVL Film Finance, LLC | 2/21/2018 |
| Marvel Video Comics "Black Panther in… The Visitor" | PA0002039169 | Black Panther | Marvel Animation, Inc. | 1/23/2017 |
| Black Panther: Wakanda Forever | PA0002381258 | Black Panther | MVL Film Finance LLC | 11/23/2022 |
| Lilo and Stitch | PA0001082244 | Lilo, Stitch | Disney Enterprises, Inc. | 8/15/2002 |
| Disney's Lilo & Stitch "Richter" (1-06) | PA0001208736 | Lilo, Stitch | Disney Enterprises, Inc. | 1/13/2004 |
| Lilo & Stitch (Live Action) | PA0002534046 | Lilo, Stitch | Disney Enterprises, Inc. | 6/6/2025 |

\* On February 9, 1996, the entity known at the time as The Walt Disney Company changed its name to Disney Enterprises, Inc.

\*\* 20th Television and 20th Century Studios are d/b/a names for Twentieth Century Fox Film Corporation

\*\*\* Disney Enterprises, Inc. is the successor to Walt Disney Productions.

13