**EXHIBIT C**

| Title of Work | Registration Number | Copyrighted Characters Include | Copyright Claimant | Registration Date |
|---|---|---|---|---|
| Ba-Ba Town - (The Boss Baby: Back in the Crib) | PA0002413540 | Boss Baby / Ted | DreamWorks Animation L.L.C. | 4/21/2023 |
| Scooter Buskie - (Boss Baby: Back In Business) | PA0002117869 | Boss Baby / Ted | DreamWorks Animation L.L.C. | 4/18/2018 |
| The Business Boss - Back in Baby - (The Boss Baby: Back in the Crib) | PA0002360457 | Boss Baby / Ted | DreamWorks Animation L.L.C. | 6/2/2022 |
| Theo 100 - (The Boss Baby: Back in Business) | PA0002272703 | Boss Baby / Ted | DreamWorks Animation L.L.C. | 11/19/2020 |
| Boss Baby, The (2017) | PA0002026635 | Boss Baby / Ted | DreamWorks Animation L.L.C. | 3/23/2017 |
| Boss Baby, The : Family Business (2021) | PA0002301005 | Boss Baby / Ted | DreamWorks Animation L.L.C. | 7/1/2021 |
| Dragons: Race to the Edge/Episode #101 - Eye of the Beholder, Pt. 1 | PA0001960281 | Hiccup, Toothless | DreamWorks Animation L.L.C. | 7/1/2015 |
| DREAMWORKS DRAGONS: DEFENDERS OF BERK/ EPISODE #2001 -Live and Let Fly a/k/a Flight Club | PA0001935285 | Hiccup, Toothless | DreamWorks Animation L.L.C. | 11/25/2014 |
| DREAMWORKS DRAGONS: DEFENDERS OF BERK/EPISODE #2020 - Cast Out Part II | PA0001935311 | Hiccup, Toothless | DreamWorks Animation L.L.C. | 11/25/2014 |

\* Assignment to DreamWorks Animation L.L.C. recorded November 10, 2004.

| Title of Work | Registration Number | Copyrighted Characters Include | Copyright Claimant | Registration Date |
|---|---|---|---|---|
| DREAMWORKS DRAGONS: RIDERS OF BERK/EPISODE #1020 - We are Family Part II | PA0001934752 | Hiccup, Toothless | DreamWorks Animation L.L.C. | 11/25/2014 |
| DREAMWORKS DRAGONS: RIDERS OF BERK/EPISODE #101 - How to Start a Dragon Academy | PA0001934280 | Hiccup, Toothless | DreamWorks Animation L.L.C. | 11/24/2014 |
| How to Train Your Dragon (2010) | PA0001754422 | Hiccup, Toothless | DreamWorks Animation L.L.C. | 3/26/2010 |
| How to Train Your Dragon 2 (2014) | PA0001900229 | Hiccup, Toothless | DreamWorks Animation L.L.C. | 6/13/2014 |
| How to Train Your Dragon: Homecoming (2019) | PA0002214992 | Hiccup, Toothless | DreamWorks Animation L.L.C. | 11/21/2019 |
| How to Train Your Dragon: The Hidden World (2019) | PA0002170813 | Hiccup, Toothless | DreamWorks Animation L.L.C. | 1/7/2019 |
| Despicable Me (2010 DVD Release) | PA0001804358 | Minions, Gru | Universal City Studios Productions LLLP | 11/10/2011 |
| Despicable Me (2010) | PA0001685728 | Minions, Gru | Universal City Studios Productions LLLP | 7/9/2010 |
| Despicable Me 2 (2013) | PA0001859348 | Minions, Gru | Universal City Studios Productions LLLP | 6/28/2013 |

\* Assignment to DreamWorks Animation L.L.C. recorded November 10, 2004.

| Title of Work | Registration Number | Copyrighted Characters Include | Copyright Claimant | Registration Date |
|---|---|---|---|---|
| Despicable Me 3 (2017) | PA0002043544 | Minions, Gru | Universal City Studios Productions LLLP | 6/27/2017 |
| Despicable Me 4 (2024) | PA0002478457 | Minions, Gru | Universal City Studios Productions LLLP | 6/21/2024 |
| Minions (2015) | PA0001952355 | Minions, Gru | Universal City Studios Productions LLLP | 6/30/2014 |
| Minions: The Rise of Gru (2022) | PA0002369070 | Minions, Gru | Universal City Studios Productions LLLP | 6/27/2022 |
| A Cause for Paws - (Kung Fu Panda: The Dragon Knight) | PA0002367608 | Po | DreamWorks Animation L.L.C. | 7/28/2022 |
| Enter the Dragon Master - (Kung Fu Panda: The Paws of Destiny) | PA0002163434 | Po | DreamWorks Animation L.L.C. | 12/6/2019 |
| Kung Fu Panda (2008) | PA0001598023 | Po | DreamWorks Animation L.L.C. | 6/6/2008 |
| Kung Fu Panda 2 (2011) | PA0001741616 | Po | DreamWorks Animation L.L.C. | 5/26/2011 |
| Kung Fu Panda 3 (2016) | PA0001991125 | Po | DreamWorks Animation L.L.C. | 1/29/2016 |
| Kung Fu Panda 3 Mandarin Version (2016) | PA0001991126 | Po | DreamWorks Animation L.L.C. | 2/11/2016 |
| Kung Fu Panda 4 (2024) | PA0002463446 | Po | DreamWorks Animation L.L.C. | 3/8/2024 |

\* Assignment to DreamWorks Animation L.L.C. recorded November 10, 2004.

| Title of Work | Registration Number | Copyrighted Characters Include | Copyright Claimant | Registration Date |
|---|---|---|---|---|
| Kung Fu Panda: Dueling Dumplings (2024 Short Film) | PA0002482715 | Po | DreamWorks Animation L.L.C. | 6/29/2024 |
| The Invincible Armour - (Kung Fu Panda: The Paws of Destiny) | PA0002207037 | Po | DreamWorks Animation L.L.C. | 7/18/2019 |
| Dress Up – (Trolls Holiday) | PA0002086210 | Poppy | DreamWorks Animation LLC | 12/6/2017 |
| DreamWorks Trolls | PA0002049314 | Poppy, Branch | DreamWorks Animation LLC | 11/4/2016 |
| Trolls World Tour | PA0002259027 | Poppy, Branch | DreamWorks Animation L.L.C. | 3/12/2020 |
| Trolls Band Together | PA0002443156 | Poppy, Branch | DreamWorks Animation L.L.C. | 10/26/2023 |
| Trolls Holiday | PA0002102143 | Poppy, Branch | DreamWorks Animation LLC | 11/02/2017 |
| Trolla-Palooza Tour – (Trolls Holiday) | PA0002092970 | Poppy, Branch | DreamWorks Animation LLC | 1/8/2018 |
| Trolls: Holiday in Harmony | PA0002333950 | Poppy, Branch | DreamWorks Animation L.L.C. | 12/20/2021 |
| Gal Pal Getawaycation /Troll Exchange Program – (Trolls: TrollsTopia) | PA0002369993 | Poppy, Branch | DreamWorks Animation L.L.C. | 8/19/2022 |
| TrollsTopia – (Trolls: TrollsTopia) | PA0002273806 | Poppy, Branch | DreamWorks Animation L.L.C. | 12/2/2020 |

\* Assignment to DreamWorks Animation L.L.C. recorded November 10, 2004.

| Title of Work | Registration Number | Copyrighted Characters Include | Copyright Claimant | Registration Date |
|---|---|---|---|---|
| Switcher-Ruby/Bye Bye Bunker – (Trolsl: The Beat (Goes On!) | PA0002226092 | Poppy, Branch | DreamWorks Animation L.L.C. | 12/23/2019 |
| A New Bergen-ing/Laugh Out Cloud – (Trolls: The Beat Goes On!) | PA0002112932 | Poppy, Branch | DreamWorks Animation LLC | 1/29/2018 |
| The Adventures of Puss in Botts/Episode #325 – And, Having Writ, Moves On | PA0002100788 | Puss in Boots | DreamWorks Animation LLC | 2/01/2018 |
| Puss in Boots: The Last Wish The Trident | PA0002406216 | Puss in Boots | DreamWorks Animation L.L.C. | 4/11/2023 |
| Shrek (2001) | PA0001036170 | Shrek, Donkey, Princess Fiona | DreamWorks Animation L.L.C.* | 6/14/2001 |
| Shrek 4 D (2003) | PA0001151947 | Shrek, Donkey, Princess Fiona | DreamWorks Animation L.L.C.* | 5/15/2003 |
| Shrek 2 (2004) | PA0000226503 | Shrek, Donkey, Puss in Boots, Princess Fiona | DreamWorks Animation L.L.C.* | 5/20/2004 |
| Shrek Forever After (2010) | PA0001685728 | Shrek, Donkey, Puss in Boots, Princess Fiona | DreamWorks Animation L.L.C. | 6/29/2010 |
| Shrek the Halls (2008) | PA0001601954 | Shrek, Donkey, Puss in Boots, Princess Fiona | DreamWorks Animation L.L.C. | 7/11/2008 |
| Shrek the Third (2007) | PA0001375529 | Shrek, Donkey, Puss in Boots, Princess Fiona | DreamWorks Animation L.L.C. | 5/23/2007 |

* Assignment to DreamWorks Animation L.L.C. recorded November 10, 2004.