# EXHIBIT D



Research    Product    API    Company    News    ▷ Run Agent

# Intelligence with Everyone

## About MiniMax

MiniMax is a global AI foundation model company. Founded in early 2022, we are committed to advancing the frontiers of AI towards AGI via our mission Intelligence with Everyone.

Our proprietary multimodal models, led by MiniMax M1, Hailuo-02, Speech-02 and Music-01, have ultra-long context processing capacity and can understand, generate, and integrate a wide range of modalities, including text, audio, images, video, and music. These models power our major AI-native products — including MiniMax, Hailuo AI, MiniMax Audio, Talkie, and our enterprise and developer-facing Open API Platform — which collectively deliver intelligent, dynamic experiences to enhance productivity and quality of life for users worldwide.

To date, our proprietary models and AI-native products have cumulatively served over 157 million individual users across over 200 countries and regions, and more than 50,000 enterprises and developers across over 90 countries and regions.

## Values

### We Believe

 No-Shortcuts     User-in-the-Loop     Technology-driven

 Intelligence with Everyone

    

| Research | Product | API | Company | News |
|---|---|---|---|---|
| MiniMax M1 | Chat / Agent | Overview | About Us | What's New |
| MiniMax Speech 2.5 | Video Hailuo | Documents | | |
| MiniMax Hailuo 02 | Audio | Pricing | | |
| MiniMax Music 1.5 | Talkie | | | |