# EXHIBIT E

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 98683656**
**Filing Date: 08/05/2024**

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 98683656 |
| **MARK INFORMATION** | |
| *MARK | MINIMAX |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | MINIMAX |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Shanghai Xiyu Jizhi Technology Co., Ltd |
| **INTERNAL ADDRESS** | No. 25-1 Hongcao Road, Xuhui District |
| *MAILING ADDRESS | Room 896, 2nd Floor |
| *CITY | Shanghai |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | China |
| *ZIP/POSTAL CODE<br>(Required for U.S. and certain international addresses) | 200030 |
| *EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | limited company (ltd.) |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY WHERE LEGALLY ORGANIZED** | China |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **INTERNATIONAL CLASS** | 009 |
| *IDENTIFICATION | Downloadable computer chatbot software for simulating conversations; Downloadable computer software for providing artificial intelligence (AI) services; Downloadable computer operating programs; Downloadable computer application software for mobile phones, namely, software being artificial intelligence (AI) chatbots; Downloadable data sets in the field of artificial intelligence; Recorded computer software platforms for application development; Recorded computer operating programs; Downloadable application programming interface (API) software for accessing artificial intelligence large model services; Downloadable virtual reality game |

| | software; Smartphone game software, downloadable |
|---|---|
| **FILING BASIS** | SECTION 1(b) |
| **ATTORNEY INFORMATION** | |
| **NAME** | Alex Patel |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | Patel & Almeida, P. C. |
| **STREET** | 20700 Ventura Blvd., Suite #235 |
| **CITY** | Woodland Hills |
| **STATE** | California |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **ZIP/POSTAL CODE** | 91364 |
| **EMAIL ADDRESS** | notice@paiplaw.com |
| **OTHER APPOINTED ATTORNEY** | Andrew T. Rissler |
| **CORRESPONDENCE INFORMATION** | |
| **NAME** | Alex Patel |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | notice@paiplaw.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | notice@paiplaw.com |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS Standard |
| **NUMBER OF CLASSES** | 1 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 350 |
| **\*TOTAL FEES DUE** | 350 |
| **\*TOTAL FEES PAID** | 350 |
| **SIGNATURE INFORMATION** | |
| **SIGNATURE** | /alex patel/ |
| **SIGNATORY'S NAME** | Alex Patel |
| **SIGNATORY'S POSITION** | Attorney |
| **SIGNATORY'S PHONE NUMBER** | 818-380-1900 |
| **DATE SIGNED** | 08/05/2024 |
| **SIGNATURE METHOD** | Signed directly within the form |

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 98683656**
**Filing Date: 08/05/2024**

## To the Commissioner for Trademarks:

**MARK:** MINIMAX (Standard Characters, see mark)
The literal element of the mark consists of MINIMAX. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, Shanghai Xiyu Jizhi Technology Co., Ltd, a limited company (ltd.) legally organized under the laws of China, having an address of

> No. 25-1 Hongcao Road, Xuhui District
> Room 896, 2nd Floor
> Shanghai 200030
> China
> XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 009:  Downloadable computer chatbot software for simulating conversations; Downloadable computer software for providing artificial intelligence (AI) services; Downloadable computer operating programs; Downloadable computer application software for mobile phones, namely, software being artificial intelligence (AI) chatbots; Downloadable data sets in the field of artificial intelligence; Recorded computer software platforms for application development; Recorded computer operating programs; Downloadable application programming interface (API) software for accessing artificial intelligence large model services; Downloadable virtual reality game software; Smartphone game software, downloadable
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

The owner's/holder's proposed attorney information: Alex Patel. Other appointed attorneys are Andrew T. Rissler. Alex Patel of Patel & Almeida, P. C., is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at

> 20700 Ventura Blvd., Suite #235
> Woodland Hills, California 91364
> United States
> notice@paiplaw.com

Alex Patel submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.
The applicant's current Correspondence Information:

> Alex Patel
> PRIMARY EMAIL FOR CORRESPONDENCE: notice@paiplaw.com
> SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): notice@paiplaw.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $350 has been submitted with the application, representing payment for 1 class(es).

### Declaration

☑ **Basis:**

**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /alex patel/   Date: 08/05/2024
Signatory's Name: Alex Patel
Signatory's Position: Attorney
Signatory's Phone Number: 818-380-1900
Signature method: Signed directly within the form
Payment Sale Number: 98683656
Payment Accounting Date: 08/05/2024

Serial Number: 98683656
Internet Transmission Date: Mon Aug 05 18:42:10 ET 2024
TEAS Stamp: USPTO/BAS-XX.XX.XX.XX-202408051842122638
77-98683656-87067e5cc9fe8dd7aa92db3da344
92a998462fa7f9b5eb6ecac38fc8f2b1c99ac-CC
-42106693-20240805183623022896

# MINIMAX

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 98683667**
**Filing Date: 08/05/2024**

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

---

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | MINIMAX |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | MINIMAX |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Shanghai Xiyu Jizhi Technology Co., Ltd |
| INTERNAL ADDRESS | No. 25-1 Hongcao Road, Xuhui District |
| *MAILING ADDRESS | Room 896, 2nd Floor |
| *CITY | Shanghai |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | China |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 200030 |
| *EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | limited company (ltd.) |
| * STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY WHERE LEGALLY ORGANIZED | China |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 038 |
| | Broadcasting programs via a global computer network; Providing access to databases; Providing internet chatrooms; Providing on-line chat rooms and electronic bulletin boards for transmission of messages among users in the field of general |

| | |
|---|---|
| *IDENTIFICATION | interest; Providing on-line chat rooms for social networking; Providing on-line chat rooms for transmission of messages among computer users concerning **artificial intelligence (AI) generated images and messages**; Providing user access to global computer networks; Streaming of audio, visual and audiovisual material via a global computer network; Virtual chat rooms established via text messaging; Wireless electronic transmission of voice signals, data, facsimiles, images and information |
| *FILING BASIS | SECTION 1(b) |

## ADDITIONAL STATEMENTS INFORMATION

| | |
|---|---|
| *TRANSLATION (if applicable) | |
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |

## ATTORNEY INFORMATION

| | |
|---|---|
| NAME | Alex Patel |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | Patel & Almeida, P. C. |
| STREET | 20700 Ventura Blvd., Suite #235 |
| CITY | Woodland Hills |
| STATE | California |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 91364 |
| EMAIL ADDRESS | notice@paiplaw.com |
| OTHER APPOINTED ATTORNEY | Andrew T. Rissler |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| NAME | Alex Patel |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | notice@paiplaw.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | notice@paiplaw.com |

## FEE INFORMATION

| | |
|---|---|
| APPLICATION FILING OPTION | TEAS Plus |
| NUMBER OF CLASSES | 1 |
| APPLICATION FOR REGISTRATION PER CLASS | 250 |
| *TOTAL FEES DUE | 250 |
| *TOTAL FEES PAID | 250 |

## SIGNATURE INFORMATION

| | |
|---|---|
| * **SIGNATURE** | /alex patel/ |
| * **SIGNATORY'S NAME** | Alex Patel |
| * **SIGNATORY'S POSITION** | Attorney |
| **SIGNATORY'S PHONE NUMBER** | 818-380-1900 |
| * **DATE SIGNED** | 08/05/2024 |
| **SIGNATURE METHOD** | Signed directly within the form |

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 98683667**
**Filing Date: 08/05/2024**

## To the Commissioner for Trademarks:

**MARK:** MINIMAX (Standard Characters, see mark)
The literal element of the mark consists of MINIMAX. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, Shanghai Xiyu Jizhi Technology Co., Ltd, a limited company (ltd.) legally organized under the laws of China, having an address of

No. 25-1 Hongcao Road, Xuhui District
Room 896, 2nd Floor
Shanghai 200030
China
XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 038:  Broadcasting programs via a global computer network; Providing access to databases; Providing internet chatrooms; Providing on-line chat rooms and electronic bulletin boards for transmission of messages among users in the field of general interest; Providing on-line chat rooms for social networking; Providing on-line chat rooms for transmission of messages among computer users concerning artificial intelligence (AI) generated images and messages; Providing user access to global computer networks; Streaming of audio, visual and audiovisual material via a global computer network; Virtual chat rooms established via text messaging; Wireless electronic transmission of voice signals, data, facsimiles, images and information
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services. (15 U.S.C. Section 1051(b)).

The owner's/holder's proposed attorney information: Alex Patel. Other appointed attorneys are Andrew T. Rissler. Alex Patel of Patel & Almeida, P. C., is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at

20700 Ventura Blvd., Suite #235
Woodland Hills, California 91364
United States
notice@paiplaw.com

Alex Patel submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.
The applicant's current Correspondence Information:

Alex Patel
PRIMARY EMAIL FOR CORRESPONDENCE: notice@paiplaw.com
SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): notice@paiplaw.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $250 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

☑ **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /alex patel/   Date: 08/05/2024
Signatory's Name: Alex Patel
Signatory's Position: Attorney
Signatory's Phone Number: 818-380-1900
Signature method: Signed directly within the form
Payment Sale Number: 98683667
Payment Accounting Date: 08/05/2024

Serial Number: 98683667
Internet Transmission Date: Mon Aug 05 18:45:53 ET 2024
TEAS Stamp: USPTO/FTK-XX.XX.XX.XX-202408051845549505
24-98683667-870243d9036412cc7e38746fda43
276442058c8f27db99c446076d8961b3d4be-CC-
45536839-20240805184243297193

# MINIMAX

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

**Serial Number: 98683675**
**Filing Date: 08/05/2024**

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 98683675 |
| **MARK INFORMATION** | |
| *MARK | MINIMAX |
| **STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | MINIMAX |
| **MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | Shanghai Xiyu Jizhi Technology Co., Ltd |
| **INTERNAL ADDRESS** | No. 25-1 Hongcao Road, Xuhui District |
| *MAILING ADDRESS | Room 896, 2nd Floor |
| *CITY | Shanghai |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | China |
| *ZIP/POSTAL CODE<br>(Required for U.S. and certain international addresses) | 200030 |
| *EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| **TYPE** | limited company (ltd.) |
| **STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY WHERE LEGALLY ORGANIZED** | China |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **INTERNATIONAL CLASS** | 042 |
| *IDENTIFICATION | Research in the field of artificial intelligence technology; Providing online non-downloadable computer software platforms for trade offs between software users; Platform as a service (PAAS) featuring artificial intelligence (AI) large model service platforms; Software as a service (SAAS) services featuring software using artificial intelligence (AI) for data analysis; Design and development of computer software; Application service provider featuring application programming interface (API) software for integration of artificial intelligence (AI) chatbots into websites and online software; Design and development of software for instant |

| | messaging; Design and development of computers and programs for computers; Providing temporary use of online non-downloadable computer software for collecting, analyzing and organizing data in the field of deep learning; Rental of computer software for collecting, analyzing and organizing data in the field of deep learning |
|---|---|
| **FILING BASIS** | SECTION 1(b) |

## ATTORNEY INFORMATION

| | |
|---|---|
| **NAME** | Alex Patel |
| **ATTORNEY BAR MEMBERSHIP NUMBER** | XXX |
| **YEAR OF ADMISSION** | XXXX |
| **U.S. STATE/ COMMONWEALTH/ TERRITORY** | XX |
| **FIRM NAME** | Patel & Almeida, P. C. |
| **STREET** | 20700 Ventura Blvd., Suite #235 |
| **CITY** | Woodland Hills |
| **STATE** | California |
| **COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | United States |
| **ZIP/POSTAL CODE** | 91364 |
| **EMAIL ADDRESS** | notice@paiplaw.com |
| **OTHER APPOINTED ATTORNEY** | Andrew T. Rissler |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| **NAME** | Alex Patel |
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | notice@paiplaw.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | notice@paiplaw.com |

## FEE INFORMATION

| | |
|---|---|
| **APPLICATION FILING OPTION** | TEAS Standard |
| **NUMBER OF CLASSES** | 1 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 350 |
| *****TOTAL FEES DUE** | 350 |
| *****TOTAL FEES PAID** | 350 |

## SIGNATURE INFORMATION

| | |
|---|---|
| **SIGNATURE** | /alex patel/ |
| **SIGNATORY'S NAME** | Alex Patel |
| **SIGNATORY'S POSITION** | Attorney |
| **SIGNATORY'S PHONE NUMBER** | 818-380-1900 |
| **DATE SIGNED** | 08/05/2024 |
| **SIGNATURE METHOD** | Signed directly within the form |

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Application, Principal Register

**Serial Number: 98683675**
**Filing Date: 08/05/2024**

## To the Commissioner for Trademarks:

**MARK:** MINIMAX (Standard Characters, see mark)
The literal element of the mark consists of MINIMAX. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, Shanghai Xiyu Jizhi Technology Co., Ltd, a limited company (ltd.) legally organized under the laws of China, having an address of

>   No. 25-1 Hongcao Road, Xuhui District
>   Room 896, 2nd Floor
>   Shanghai 200030
>   China
>   XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

International Class 042:  Research in the field of artificial intelligence technology; Providing online non-downloadable computer software platforms for trade offs between software users; Platform as a service (PAAS) featuring artificial intelligence (AI) large model service platforms; Software as a service (SAAS) services featuring software using artificial intelligence (AI) for data analysis; Design and development of computer software; Application service provider featuring application programming interface (API) software for integration of artificial intelligence (AI) chatbots into websites and online software; Design and development of software for instant messaging; Design and development of computers and programs for computers; Providing temporary use of online non-downloadable computer software for collecting, analyzing and organizing data in the field of deep learning; Rental of computer software for collecting, analyzing and organizing data in the field of deep learning
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services.

The owner's/holder's proposed attorney information: Alex Patel. Other appointed attorneys are Andrew T. Rissler. Alex Patel of Patel & Almeida, P. C., is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, and the attorney(s) is located at

>   20700 Ventura Blvd., Suite #235
>   Woodland Hills, California 91364
>   United States
>   notice@paiplaw.com

Alex Patel submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.
The applicant's current Correspondence Information:

>   Alex Patel
>    PRIMARY EMAIL FOR CORRESPONDENCE: notice@paiplaw.com
>    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): notice@paiplaw.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $350 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

☑ **Basis:**

**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**

**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /alex patel/   Date: 08/05/2024
Signatory's Name: Alex Patel
Signatory's Position: Attorney
Signatory's Phone Number: 818-380-1900
Signature method: Signed directly within the form
Payment Sale Number: 98683675
Payment Accounting Date: 08/05/2024

Serial Number: 98683675
Internet Transmission Date: Mon Aug 05 18:48:49 ET 2024
TEAS Stamp: USPTO/BAS-XX.XX.XX.XX-202408051848512176
17-98683675-870c87fed471d5f3aa617baeb679
e49c1a6e5eed5dca44d69229c13422c09f560-CC
-48497105-20240805184625448259

# MINIMAX