# EXHIBIT F

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 98825674**
**Filing Date: 10/29/2024**

*NOTE: Data fields with the \* are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

---

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | [Hailuo](#) |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | Hailuo |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | NANONOBLE PTE. LTD. |
| *MAILING ADDRESS | 152 BEACH ROAD#14-02 |
| *CITY | GATEWAY EAST SINGAPORE |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | Singapore |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 189721 |
| *EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | Private limited company |
| * STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY WHERE LEGALLY ORGANIZED | Singapore |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 009 |
| | Downloadable computer application software for mobile phones, namely, software for **creating and editing music and video by artificial intelligences**; Downloadable computer programs for editing images, sound, and video; Downloadable computer programs for processing digital music files; Downloadable computer software for processing digital music |

| *IDENTIFICATION | files; Downloadable data sets in the field of **artificial intelligence (AI)**; Electronic agendas; Humanoid robots having communication and learning functions for assisting and entertaining people; Humanoid robots with artificial intelligence for use in scientific research; Personal digital assistants; Recorded computer programs for editing images, sound, and video |
|---|---|
| *FILING BASIS | SECTION 1(b) |

## ADDITIONAL STATEMENTS INFORMATION

| | |
|---|---|
| *TRANSLATION<br>(if applicable) | |
| *TRANSLITERATION<br>(if applicable) | |
| *CLAIMED PRIOR REGISTRATION<br>(if applicable) | |
| *CONSENT (NAME/LIKENESS)<br>(if applicable) | |
| *CONCURRENT USE CLAIM<br>(if applicable) | |

## ATTORNEY INFORMATION

| | |
|---|---|
| NAME | Utsav Mukherjee |
| ATTORNEY DOCKET NUMBER | CFN-24-0029 |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| STREET | 5233 Fresno Avenue |
| CITY | Richmond |
| STATE | California |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 94804 |
| PHONE | 510-609-3242 |
| EMAIL ADDRESS | trademarks-cfn@onejuris.com |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| NAME | Utsav Mukherjee |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | trademarks-cfn@onejuris.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | utsav.m@onejuris.com |

## FEE INFORMATION

| | |
|---|---|
| APPLICATION FILING OPTION | TEAS Plus |
| NUMBER OF CLASSES | 1 |
| APPLICATION FOR REGISTRATION PER CLASS | 250 |
| *TOTAL FEES DUE | 250 |
| *TOTAL FEES PAID | 250 |

## SIGNATURE INFORMATION

| | |
|---|---|
| * SIGNATURE | /Utsav Mukherjee/ |
| * SIGNATORY'S NAME | Utsav Mukherjee |
| * SIGNATORY'S POSITION | Attorney of record |
| SIGNATORY'S PHONE NUMBER | 510-609-3242 |
| * DATE SIGNED | 10/29/2024 |
| SIGNATURE METHOD | Signed directly within the form |

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

### Trademark/Service Mark Application, Principal Register

### TEAS Plus Application

**Serial Number: 98825674**
**Filing Date: 10/29/2024**

## To the Commissioner for Trademarks:

**MARK:** Hailuo (Standard Characters, see mark)
The literal element of the mark consists of Hailuo. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, NANONOBLE PTE. LTD., a private limited company legally organized under the laws of Singapore, having an address of
    152 BEACH ROAD#14-02
    GATEWAY EAST SINGAPORE 189721
    Singapore
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 009: Downloadable computer application software for mobile phones, namely, software for creating and editing music and video by artificial intelligences; Downloadable computer programs for editing images, sound, and video; Downloadable computer programs for processing digital music files; Downloadable computer software for processing digital music files; Downloadable data sets in the field of artificial intelligence (AI); Electronic agendas; Humanoid robots having communication and learning functions for assisting and entertaining people; Humanoid robots with artificial intelligence for use in scientific research; Personal digital assistants; Recorded computer programs for editing images, sound, and video
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services. (15 U.S.C. Section 1051(b)).

The owner's/holder's proposed attorney information: Utsav Mukherjee. Utsav Mukherjee, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at
    5233 Fresno Avenue
    Richmond, California 94804
    United States
    510-609-3242(phone)
    trademarks-cfn@onejuris.com
The docket/reference number is CFN-24-0029.
Utsav Mukherjee submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.
The applicant's current Correspondence Information:
    Utsav Mukherjee
    PRIMARY EMAIL FOR CORRESPONDENCE: trademarks-cfn@onejuris.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): utsav.m@onejuris.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $250 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

☑ **Basis:**
**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Utsav Mukherjee/   Date: 10/29/2024
Signatory's Name: Utsav Mukherjee
Signatory's Position: Attorney of record
Signatory's Phone Number: 510-609-3242
Signature method: Signed directly within the form
Payment Sale Number: 98825674
Payment Accounting Date: 10/29/2024

Serial Number: 98825674
Internet Transmission Date: Tue Oct 29 11:23:19 ET 2024
TEAS Stamp: USPTO/FTK-XX.XXX.XXX.XXX-202410291123207
00510-98825674-8705262e434d94794e67e1ef9
cca424acb10288649b11b8c553ea7408ee1f7399
-CC-23196032-20241029110838623776

# Hailuo

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 98825742**
**Filing Date: 10/29/2024**

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

---

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | Hailuo |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | Hailuo |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | NANONOBLE PTE. LTD. |
| *MAILING ADDRESS | 152 BEACH ROAD#14-02 |
| *CITY | GATEWAY EAST SINGAPORE |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | Singapore |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 189721 |
| *EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | Private limited company |
| * STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY WHERE LEGALLY ORGANIZED | Singapore |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 038 |
| *IDENTIFICATION | Communications by computer terminals; Electronic bulletin board services; Providing access to databases; Providing internet chatrooms; Providing online forums; Providing user access to global computer networks; Streaming of data; Transmission of digital files; Transmission of podcasts; Wireless broadcasting |

| | |
|---|---|
| *FILING BASIS | SECTION 1(b) |

## ADDITIONAL STATEMENTS INFORMATION

| | |
|---|---|
| *TRANSLATION (if applicable) | |
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |

## ATTORNEY INFORMATION

| | |
|---|---|
| NAME | Utsav Mukherjee |
| ATTORNEY DOCKET NUMBER | CFN-24-0031 |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | One Juris PC |
| STREET | 5233 Fresno Avenue |
| CITY | Richmond |
| STATE | California |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 94804 |
| PHONE | 484-756-9883 |
| EMAIL ADDRESS | trademarks-cfn@onejuris.com |

## DOMESTIC REPRESENTATIVE INFORMATION

| | |
|---|---|
| NAME | Utsav Mukherjee |
| FIRM NAME | One Juris PC |
| STREET | 5233 Fresno Avenue |
| CITY | Richmond |
| STATE | California |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP CODE | 94804 |
| PHONE | 484-756-9883 |
| EMAIL ADDRESS | trademarks-cfn@onejuris.com |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| NAME | Utsav Mukherjee |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | trademarks-cfn@onejuris.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | utsav.m@onejuris.com |

**FEE INFORMATION**

| | |
|---|---|
| **APPLICATION FILING OPTION** | TEAS Plus |
| **NUMBER OF CLASSES** | 1 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 250 |
| *****TOTAL FEES DUE** | 250 |
| *****TOTAL FEES PAID** | 250 |

**SIGNATURE INFORMATION**

| | |
|---|---|
| ***** SIGNATURE** | /Utsav Mukherjee/ |
| ***** SIGNATORY'S NAME** | Utsav Mukherjee |
| ***** SIGNATORY'S POSITION** | Attorney of record |
| **SIGNATORY'S PHONE NUMBER** | 510-609-3242 |
| ***** DATE SIGNED** | 10/29/2024 |
| **SIGNATURE METHOD** | Signed directly within the form |

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 98825742**
**Filing Date: 10/29/2024**

## To the Commissioner for Trademarks:

**MARK:** Hailuo (Standard Characters, see mark)
The literal element of the mark consists of Hailuo. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, NANONOBLE PTE. LTD., a private limited company legally organized under the laws of Singapore, having an address of
    152 BEACH ROAD#14-02
    GATEWAY EAST SINGAPORE 189721
    Singapore
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 038: Communications by computer terminals; Electronic bulletin board services; Providing access to databases; Providing internet chatrooms; Providing online forums; Providing user access to global computer networks; Streaming of data; Transmission of digital files; Transmission of podcasts; Wireless broadcasting
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services. (15 U.S.C. Section 1051(b)).

The owner's/holder's proposed attorney information: Utsav Mukherjee. Utsav Mukherjee of One Juris PC, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at
    5233 Fresno Avenue
    Richmond, California 94804
    United States
    484-756-9883(phone)
    trademarks-cfn@onejuris.com
The docket/reference number is CFN-24-0031.
Utsav Mukherjee submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant hereby appoints Utsav Mukherjee of One Juris PC
    5233 Fresno Avenue
    Richmond California 94804
    United States
    484-756-9883(phone)
    trademarks-cfn@onejuris.com
as applicant's representative upon whom notice or process in the proceedings affecting the mark may be served.

The applicant's current Correspondence Information:
    Utsav Mukherjee
    PRIMARY EMAIL FOR CORRESPONDENCE: trademarks-cfn@onejuris.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): utsav.m@onejuris.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $250 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

☑ **Basis:**

**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**

**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Utsav Mukherjee/  Date: 10/29/2024
Signatory's Name: Utsav Mukherjee
Signatory's Position: Attorney of record
Signatory's Phone Number: 510-609-3242
Signature method: Signed directly within the form
Payment Sale Number: 98825742
Payment Accounting Date: 10/29/2024

Serial Number: 98825742
Internet Transmission Date: Tue Oct 29 11:48:39 ET 2024
TEAS Stamp: USPTO/FTK-XX.XXX.XXX.XXX-202410291148405
83488-98825742-870e321ce17a603e5b662dc66
8e490e980448937cf0ce24cd38588ab55c5667-C
C-48397984-20241029114458484106

# Hailuo

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 98825763**
**Filing Date: 10/29/2024**

*NOTE: Data fields with the* **\*** *are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

---

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| **\*MARK** | Hailuo |
| **\*STANDARD CHARACTERS** | YES |
| **USPTO-GENERATED IMAGE** | YES |
| **LITERAL ELEMENT** | Hailuo |
| **\*MARK STATEMENT** | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| **\*OWNER OF MARK** | NANONOBLE PTE. LTD. |
| **\*MAILING ADDRESS** | 152 BEACH ROAD#14-02 |
| **\*CITY** | GATEWAY EAST SINGAPORE |
| **\*COUNTRY/REGION/JURISDICTION/U.S. TERRITORY** | Singapore |
| **\*ZIP/POSTAL CODE**<br>**(Required for U.S. and certain international addresses)** | 189721 |
| **\*EMAIL ADDRESS** | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| **\*TYPE** | Private limited company |
| **\* STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY WHERE LEGALLY ORGANIZED** | Singapore |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| **\*INTERNATIONAL CLASS** | 041 |
| **\*IDENTIFICATION** | Songwriting; Film production, other than advertising films; Lending library services for lending multimedia materials; Organization of entertainment exhibition events; Production of podcasts; Production of radio and television programmes; Providing information in the field of education; Providing online non-downloadable electronic publications in the nature |

| | of **books and magazines** in the field of **artificial intelligence**; Providing online virtual guided tours of **museums**; Virtual reality game services provided on-line from a computer network |
|---|---|
| *FILING BASIS | SECTION 1(b) |

## ADDITIONAL STATEMENTS INFORMATION

| | |
|---|---|
| *TRANSLATION (if applicable) | |
| *TRANSLITERATION (if applicable) | |
| *CLAIMED PRIOR REGISTRATION (if applicable) | |
| *CONSENT (NAME/LIKENESS) (if applicable) | |
| *CONCURRENT USE CLAIM (if applicable) | |

## ATTORNEY INFORMATION

| | |
|---|---|
| NAME | Utsav Mukherjee |
| ATTORNEY DOCKET NUMBER | CFN-24-0032 |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | One Juris PC |
| STREET | 5233 Fresno Avenue |
| CITY | Richmond |
| STATE | California |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 94804 |
| PHONE | 484-756-9883 |
| EMAIL ADDRESS | trademarks-cfn@onejuris.com |

## DOMESTIC REPRESENTATIVE INFORMATION

| | |
|---|---|
| NAME | Utsav Mukherjee |
| FIRM NAME | One Juris PC |
| STREET | 5233 Fresno Avenue |
| CITY | Richmond |
| STATE | California |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP CODE | 94804 |
| PHONE | 484-756-9883 |
| EMAIL ADDRESS | trademarks-cfn@onejuris.com |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| NAME | Utsav Mukherjee |

| | |
|---|---|
| **PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE** | trademarks-cfn@onejuris.com |
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | utsav.m@onejuris.com |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS Plus |
| **NUMBER OF CLASSES** | 1 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 250 |
| *****TOTAL FEES DUE** | 250 |
| *****TOTAL FEES PAID** | 250 |
| **SIGNATURE INFORMATION** | |
| *****SIGNATURE** | /Utsav Mukherjee/ |
| *****SIGNATORY'S NAME** | Utsav Mukherjee |
| *****SIGNATORY'S POSITION** | Attorney of record |
| **SIGNATORY'S PHONE NUMBER** | 510-609-3242 |
| *****DATE SIGNED** | 10/29/2024 |
| **SIGNATURE METHOD** | Signed directly within the form |

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 98825763**
**Filing Date: 10/29/2024**

## To the Commissioner for Trademarks:

**MARK:** Hailuo (Standard Characters, see mark)
The literal element of the mark consists of Hailuo. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, NANONOBLE PTE. LTD., a private limited company legally organized under the laws of Singapore, having an address of
    152 BEACH ROAD#14-02
    GATEWAY EAST SINGAPORE 189721
    Singapore
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 041:  Songwriting; Film production, other than advertising films; Lending library services for lending multimedia materials; Organization of entertainment exhibition events; Production of podcasts; Production of radio and television programmes; Providing information in the field of education; Providing online non-downloadable electronic publications in the nature of books and magazines in the field of artificial intelligence; Providing online virtual guided tours of museums; Virtual reality game services provided on-line from a computer network
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services. (15 U.S.C. Section 1051(b)).

The owner's/holder's proposed attorney information: Utsav Mukherjee. Utsav Mukherjee of One Juris PC, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at
    5233 Fresno Avenue
    Richmond, California 94804
    United States
    484-756-9883(phone)
    trademarks-cfn@onejuris.com
The docket/reference number is CFN-24-0032.
Utsav Mukherjee submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant hereby appoints Utsav Mukherjee of One Juris PC
    5233 Fresno Avenue
    Richmond California 94804
    United States
    484-756-9883(phone)
    trademarks-cfn@onejuris.com
as applicant's representative upon whom notice or process in the proceedings affecting the mark may be served.

The applicant's current Correspondence Information:
    Utsav Mukherjee
    PRIMARY EMAIL FOR CORRESPONDENCE: trademarks-cfn@onejuris.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): utsav.m@onejuris.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $250 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

☑ **Basis:**

**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Utsav Mukherjee/   Date: 10/29/2024
Signatory's Name: Utsav Mukherjee
Signatory's Position: Attorney of record
Signatory's Phone Number: 510-609-3242
Signature method: Signed directly within the form
Payment Sale Number: 98825763
Payment Accounting Date: 10/29/2024

Serial Number: 98825763
Internet Transmission Date: Tue Oct 29 11:55:53 ET 2024
TEAS Stamp: USPTO/FTK-XX.XXX.XXX.XXX-202410291155552
20517-98825763-870dd5a46dd53fab795ae3cbe
a55baa81fb8d55b59522d5a31f6fa1c650b328a6
-CC-55539518-20241029115114085214

# Hailuo

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 98825779**
**Filing Date: 10/29/2024**

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

**The table below presents the data as entered.**

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | Hailuo |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | Hailuo |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | NANONOBLE PTE. LTD. |
| *MAILING ADDRESS | 152 BEACH ROAD#14-02 |
| *CITY | GATEWAY EAST |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | Singapore |
| *ZIP/POSTAL CODE (Required for U.S. and certain international addresses) | 189721 |
| *EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | Private limited company |
| * STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY WHERE LEGALLY ORGANIZED | Singapore |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 042 |
| *IDENTIFICATION | Computer software design; Conversion of computer programs and data, other than physical conversion; Conversion of data or documents from physical to electronic media; Dress designing; Electronic data storage; Graphic arts design; Platform as a service (PAAS) featuring computer software platforms for **creating music videos**; Providing online non-downloadable |

| | computer networking software; Research in the field of artificial intelligence technology; Software as a service (SAAS) services featuring software for **for creating music videos** |
|---|---|
| *FILING BASIS | SECTION 1(b) |

## ADDITIONAL STATEMENTS INFORMATION

| | |
|---|---|
| *TRANSLATION<br>(if applicable) | |
| *TRANSLITERATION<br>(if applicable) | |
| *CLAIMED PRIOR REGISTRATION<br>(if applicable) | |
| *CONSENT (NAME/LIKENESS)<br>(if applicable) | |
| *CONCURRENT USE CLAIM<br>(if applicable) | |

## ATTORNEY INFORMATION

| | |
|---|---|
| NAME | Utsav Mukherjee |
| ATTORNEY DOCKET NUMBER | CFN-24-0033 |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | One Juris PC |
| STREET | 5233 Fresno Avenue |
| CITY | Richmond |
| STATE | California |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 94804 |
| PHONE | 484-756-9883 |
| EMAIL ADDRESS | trademarks-cfn@onejuris.com |

## DOMESTIC REPRESENTATIVE INFORMATION

| | |
|---|---|
| NAME | Utsav Mukherjee |
| FIRM NAME | One Juris PC |
| STREET | 5233 Fresno Avenue |
| CITY | Richmond |
| STATE | California |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP CODE | 94804 |
| PHONE | 484-756-9883 |
| EMAIL ADDRESS | trademarks-cfn@onejuris.com |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| NAME | Utsav Mukherjee |

| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | trademarks-cfn@onejuris.com |
|---|---|
| **SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES)** | utsav.m@onejuris.com |
| **FEE INFORMATION** | |
| **APPLICATION FILING OPTION** | TEAS Plus |
| **NUMBER OF CLASSES** | 1 |
| **APPLICATION FOR REGISTRATION PER CLASS** | 250 |
| *TOTAL FEES DUE | 250 |
| *TOTAL FEES PAID | 250 |
| **SIGNATURE INFORMATION** | |
| * SIGNATURE | /Utsav Mukherjee/ |
| * SIGNATORY'S NAME | Utsav Mukherjee |
| * SIGNATORY'S POSITION | Attorney of record |
| SIGNATORY'S PHONE NUMBER | 510-609-3242 |
| * DATE SIGNED | 10/29/2024 |
| SIGNATURE METHOD | Signed directly within the form |

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 98825779**
**Filing Date: 10/29/2024**

## To the Commissioner for Trademarks:

**MARK:** Hailuo (Standard Characters, see mark)
The literal element of the mark consists of Hailuo. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, NANONOBLE PTE. LTD., a private limited company legally organized under the laws of Singapore, having an address of
    152 BEACH ROAD#14-02
    GATEWAY EAST 189721
    Singapore
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 042: Computer software design; Conversion of computer programs and data, other than physical conversion; Conversion of data or documents from physical to electronic media; Dress designing; Electronic data storage; Graphic arts design; Platform as a service (PAAS) featuring computer software platforms for creating music videos; Providing online non-downloadable computer networking software; Research in the field of artificial intelligence technology; Software as a service (SAAS) services featuring software for for creating music videos
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services. (15 U.S.C. Section 1051(b)).

The owner's/holder's proposed attorney information: Utsav Mukherjee. Utsav Mukherjee of One Juris PC, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at
    5233 Fresno Avenue
    Richmond, California 94804
    United States
    484-756-9883(phone)
    trademarks-cfn@onejuris.com
The docket/reference number is CFN-24-0033.
Utsav Mukherjee submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.

The applicant hereby appoints Utsav Mukherjee of One Juris PC
    5233 Fresno Avenue
    Richmond California 94804
    United States
    484-756-9883(phone)
    trademarks-cfn@onejuris.com
as applicant's representative upon whom notice or process in the proceedings affecting the mark may be served.

The applicant's current Correspondence Information:
    Utsav Mukherjee
    PRIMARY EMAIL FOR CORRESPONDENCE: trademarks-cfn@onejuris.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): utsav.m@onejuris.com

**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).

A fee payment in the amount of $250 has been submitted with the application, representing payment for 1 class(es).

**Declaration**

☑ **Basis:**

**If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**

**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Utsav Mukherjee/   Date: 10/29/2024
Signatory's Name: Utsav Mukherjee
Signatory's Position: Attorney of record
Signatory's Phone Number: 510-609-3242
Signature method: Signed directly within the form
Payment Sale Number: 98825779
Payment Accounting Date: 10/29/2024

Serial Number: 98825779
Internet Transmission Date: Tue Oct 29 12:02:00 ET 2024
TEAS Stamp: USPTO/FTK-XX.XXX.XXX.XXX-202410291202018
01199-98825779-87056f12f688e44ed6cf5e119
a2a23d1e4cfd7f9bd471b81144babb2ad42c5364
43-CC-02009792-20241029115802670555

# Hailuo

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 98825805**
**Filing Date: 10/29/2024**

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

---

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | Hailuo |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | Hailuo |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | NANONOBLE PTE. LTD. |
| *MAILING ADDRESS | 152 BEACH ROAD#14-02 |
| *CITY | GATEWAY EAST |
| *COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | Singapore |
| *ZIP/POSTAL CODE<br>(Required for U.S. and certain international addresses) | 189721 |
| *EMAIL ADDRESS | XXXX |
| **LEGAL ENTITY INFORMATION** | |
| *TYPE | Private limited company |
| * STATE/COUNTRY/REGION/JURISDICTION/U.S. TERRITORY WHERE LEGALLY ORGANIZED | Singapore |
| **GOODS AND/OR SERVICES AND BASIS INFORMATION** | |
| *INTERNATIONAL CLASS | 045 |
| *IDENTIFICATION | Chaperoning; Content moderation for internet chatrooms; Copyright management; Dating services; Individual colour analysis services relating to clothing selection; Legal compliance auditing; Online social networking services; Personal wardrobe styling consultancy; Regulatory compliance auditing; Trademark watch services for legal advisory |

| | purposes |
|---|---|
| *FILING BASIS | SECTION 1(b) |

## ADDITIONAL STATEMENTS INFORMATION

| | |
|---|---|
| *TRANSLATION<br>(if applicable) | |
| *TRANSLITERATION<br>(if applicable) | |
| *CLAIMED PRIOR REGISTRATION<br>(if applicable) | |
| *CONSENT (NAME/LIKENESS)<br>(if applicable) | |
| *CONCURRENT USE CLAIM<br>(if applicable) | |

## ATTORNEY INFORMATION

| | |
|---|---|
| NAME | Utsav Mukherjee |
| ATTORNEY DOCKET NUMBER | CFN-24-0034 |
| ATTORNEY BAR MEMBERSHIP NUMBER | XXX |
| YEAR OF ADMISSION | XXXX |
| U.S. STATE/ COMMONWEALTH/ TERRITORY | XX |
| FIRM NAME | One Juris PC |
| STREET | 5233 Fresno Avenue |
| CITY | Richmond |
| STATE | California |
| COUNTRY/REGION/JURISDICTION/U.S. TERRITORY | United States |
| ZIP/POSTAL CODE | 94804 |
| PHONE | 484-756-9883 |
| EMAIL ADDRESS | trademarks-cfn@onejuris.com |

## CORRESPONDENCE INFORMATION

| | |
|---|---|
| NAME | Utsav Mukherjee |
| PRIMARY EMAIL ADDRESS FOR CORRESPONDENCE | trademarks-cfn@onejuris.com |
| SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES) | utsav.m@onejuris.com |

## FEE INFORMATION

| | |
|---|---|
| APPLICATION FILING OPTION | TEAS Plus |
| NUMBER OF CLASSES | 1 |
| APPLICATION FOR REGISTRATION PER CLASS | 250 |
| *TOTAL FEES DUE | 250 |
| *TOTAL FEES PAID | 250 |

## SIGNATURE INFORMATION

| | |
|---|---|
| *SIGNATURE | /Utsav Mukherjee/ |
| *SIGNATORY'S NAME | Utsav Mukherjee |
| *SIGNATORY'S POSITION | Attorney of record |

| | |
|---|---|
| **SIGNATORY'S PHONE NUMBER** | 510-609-3242 |
| * **DATE SIGNED** | 10/29/2024 |
| **SIGNATURE METHOD** | Signed directly within the form |

PTO- 1478
Approved for use through 10/31/2024. OMB 0651-0009
U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE
Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it contains a valid OMB control number

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 98825805**
**Filing Date: 10/29/2024**

## To the Commissioner for Trademarks:

**MARK:** Hailuo (Standard Characters, see mark)
The literal element of the mark consists of Hailuo. The mark consists of standard characters, without claim to any particular font style, size, or color.
The applicant, NANONOBLE PTE. LTD., a private limited company legally organized under the laws of Singapore, having an address of
    152 BEACH ROAD#14-02
    GATEWAY EAST 189721
    Singapore
    XXXX

requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
International Class 045:  Chaperoning; Content moderation for internet chatrooms; Copyright management; Dating services; Individual colour analysis services relating to clothing selection; Legal compliance auditing; Online social networking services; Personal wardrobe styling consultancy; Regulatory compliance auditing; Trademark watch services for legal advisory purposes
Intent to Use: The applicant has a bona fide intention, and is entitled, to use the mark in commerce on or in connection with the identified goods/services. (15 U.S.C. Section 1051(b)).


The owner's/holder's proposed attorney information: Utsav Mukherjee. Utsav Mukherjee of One Juris PC, is a member of the XX bar, admitted to the bar in XXXX, bar membership no. XXX, is located at
    5233 Fresno Avenue
    Richmond, California 94804
    United States
    484-756-9883(phone)
    trademarks-cfn@onejuris.com
The docket/reference number is CFN-24-0034.
Utsav Mukherjee submitted the following statement: The attorney of record is an active member in good standing of the bar of the highest court of a U.S. state, the District of Columbia, or any U.S. Commonwealth or territory.
The applicant's current Correspondence Information:
    Utsav Mukherjee
    PRIMARY EMAIL FOR CORRESPONDENCE: trademarks-cfn@onejuris.com
    SECONDARY EMAIL ADDRESS(ES) (COURTESY COPIES): utsav.m@onejuris.com


**Requirement for Email and Electronic Filing:** I understand that a valid email address must be maintained by the applicant owner/holder and the applicant owner's/holder's attorney, if appointed, and that all official trademark correspondence must be submitted via the Trademark Electronic Application System (TEAS).
A fee payment in the amount of $250 has been submitted with the application, representing payment for 1 class(es).

### Declaration

☑ **Basis:**
    **If the applicant is filing the application based on use in commerce under 15 U.S.C. § 1051(a):**

- The signatory believes that the applicant is the owner of the trademark/service mark sought to be registered;
- The mark is in use in commerce and was in use in commerce as of the filing date of the application on or in connection with the goods/services in the application;
- The specimen(s) shows the mark as used on or in connection with the goods/services in the application and was used on or in connection with the goods/services in the application as of the application filing date; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

**And/Or**
**If the applicant is filing the application based on an intent to use the mark in commerce under 15 U.S.C. § 1051(b), § 1126(d), and/or § 1126(e):**

- The signatory believes that the applicant is entitled to use the mark in commerce;
- The applicant has a bona fide intention to use the mark in commerce and had a bona fide intention to use the mark in commerce as of the application filing date on or in connection with the goods/services in the application; and
- To the best of the signatory's knowledge and belief, the facts recited in the application are accurate.

☑ To the best of the signatory's knowledge and belief, no other persons, except, if applicable, concurrent users, have the right to use the mark in commerce, either in the identical form or in such near resemblance as to be likely, when used on or in connection with the goods/services of such other persons, to cause confusion or mistake, or to deceive.

☑ To the best of the signatory's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, the allegations and other factual contentions made above have evidentiary support.

☑ The signatory being warned that willful false statements and the like are punishable by fine or imprisonment, or both, under 18 U.S.C. § 1001, and that such willful false statements and the like may jeopardize the validity of the application or submission or any registration resulting therefrom, declares that all statements made of his/her own knowledge are true and all statements made on information and belief are believed to be true.

**Declaration Signature**

Signature: /Utsav Mukherjee/   Date: 10/29/2024
Signatory's Name: Utsav Mukherjee
Signatory's Position: Attorney of record
Signatory's Phone Number: 510-609-3242
Signature method: Signed directly within the form
Payment Sale Number: 98825805
Payment Accounting Date: 10/29/2024

Serial Number: 98825805
Internet Transmission Date: Tue Oct 29 12:11:23 ET 2024
TEAS Stamp: USPTO/FTK-XX.XXX.XXX.XXX-202410291211254
25154-98825805-870dcf747f132d91e0739d540
cfce652095943b1c2aaffcc57b849c2f69bd6754
-CC-11239997-20241029120341842949

# Hailuo