# EXHIBIT G

2029 CENTURY PARK EAST, SUITE 1450 LOS ANGELES, CA 90067-2901

# JENNER&BLOCK LLP

August 27, 2025

David Singer
Tel +1 213 239 2206
DSinger@jenner.com

*__Via Overnight Delivery__*

Chief Executive Officer
President
General Counsel for:

> MiniMax
> Shanghai Xiyu Jizhi Technology Co. Ltd
> Room 896
> 2nd Floor No. 25-1 Hongcao Road
> Xuhui District Shanghai, 200030
> P.R. CHINA.

> Floor 25, Building B
> Caohejing New International Business Centre, No. 391, Guiping Road
> Shanghai City, 200050
> P.R. China

> Nanonoble Pte. Ltd.
> 152 Beach Road #14-02 Gateway East
> Singapore, 189721

Re:     Copyright Infringement

To whom it may concern:

Our firm represents The Walt Disney Company, Warner Bros. Discovery, Inc., and NBCUniversal Media, LLC, each of which is the parent company of a range subsidiaries and affiliates that own or control numerous copyrighted works (respectively, "Disney," "Warner Bros," and "Universal").  Disney, Warner Bros., and Universal are home to some of the world's largest movie and television studios and are among the most-recognized family entertainment companies.  Disney, Warner Bros., and Universal own a vast array of intellectual property, which includes motion pictures, television programming, characters, artwork, scripts, musical compositions, sound recordings, books, and more.

August 27, 2025
Page 2

Like many other intellectual property owners, Disney, Warner Bros., and Universal are increasingly concerned about mass unauthorized copying of copyrighted works to train and develop generative artificial intelligence ("AI") models and services, as well as the use of AI models and services to commercially exploit and distribute copies of copyrighted works to consumers in violation of U.S. copyright law. We have determined that MiniMax's Hailuo AI service ("Hailuo AI") consistently generates infringing copies of Disney's, Warner Bros.', and Universal's copyrighted works as part of its image and video generation services. Moreover, MiniMax has promoted and advertised the ability of Hailuo AI to infringe Disney's, Warner Bros.', and Universal's copyrighted works on Hailuo AI's website through its Explore feature and on its social media platforms. Disney, Warner Bros., and Universal will not tolerate MiniMax's rampant copyright infringement and violation of U.S. copyright law.

We understand that MiniMax is a division or subsidiary of Shanghai Xiyu Jizhi Technology Co. Ltd. ("SXJT") and that SXJT controls, in whole or in part, MiniMax, its operations, and the blatant copyright infringement taking place in connection with Hailuo AI. We further understand that Nanonoble Pte. Ltd. ("Nanonoble") acts as the agent of MiniMax and/or an affiliate of MiniMax that operates at the direction of and/or under the control of MiniMax including within the United States. We refer to SXJT, MiniMax, and Nanonoble collectively as "MiniMax."

Below are screenshots of just some of many examples of Hailuo AI image and video outputs generated by the Hailuo AI service using simple prompts, which evidence blatant and extensive copying of Disney's, Warner Bros.', and Universal's copyrighted works.

We begin first with Disney's copyrighted works. The screenshots of the Hailuo AI outputs below feature unauthorized and infringing uses of Disney's copyrighted characters from *The Simpsons* television series, including the characters Bart Simpson and Homer Simpson:

August 27, 2025
Page 3



*Image from Hailuo AI image generator*



*Image from Hailuo AI image generator*

August 27, 2025
Page 4

Additionally, Hailuo AI generated these unauthorized and infringing outputs featuring pristine renderings of Disney-owned Marvel characters (Iron Man, Deadpool, Spider-Man, and Groot):



*Screenshot from Hailuo AI video generator*



*Screenshot from Hailuo AI video generator*

August 27, 2025
Page 5



*Screenshot from Hailuo AI video generator*



*Image from Hailuo AI image generator*

August 27, 2025
Page 6



*Image from Hailuo AI image generator*

Again, in response to very basic prompts, Hailuo AI also generated the following unauthorized and infringing images of Disney-owned characters from the *Star Wars* franchise (Darth Vader, Yoda, R2-D2, C-3PO, Chewbacca, Grogu, The Mandalorian, Stormtroopers, and Clone Troopers):

August 27, 2025
Page 7



*Screenshot from Hailuo AI video generator*



*Screenshot from Hailuo AI video generator*

August 27, 2025
Page 8



*Screenshot from Hailuo AI video generator*



*Screenshot from Hailuo AI video generator*

August 27, 2025
Page 9



*Screenshot from Hailuo AI video generator*



*Image from Hailuo AI image generator*

August 27, 2025
Page 10



*Screenshot from Hailuo AI video generator*



*Screenshot from Hailuo AI video generator*

August 27, 2025
Page 11



*Screenshot from Hailuo AI video generator*



*Screenshot from Hailuo AI video generator*

August 27, 2025
Page 12

MiniMax's Hailuo AI also generated unauthorized and infringing images featuring copyrighted characters from classic Disney and Pixar films, including the following images of Simba and Nala, Princess Elsa, Olaf, Buzz Lightyear, Mike Wazowski and Sulley, WALL-E, Ariel and Flounder, and Lightning McQueen:



*Image from Hailuo AI image generator*

August 27, 2025
Page 13



*Screenshot from Hailuo AI video generator*



*Screenshot from Hailuo AI video generator*

August 27, 2025
Page 14



*Screenshot from Hailuo AI video generator*



*Screenshot from Hailuo AI video generator*

August 27, 2025
Page 15



*Screenshot from Hailuo AI video generator*



*Image from Hailuo AI image generator*

August 27, 2025
Page 16



*Screenshot from Hailuo AI video generator*



*Screenshot from Hailuo AI video generator*

August 27, 2025
Page 17

        In addition to the examples above, MiniMax has also generated images and videos that infringe other Disney copyrighted characters, including Rocket Raccoon, Wolverine, Thanos, Black Panther, The Incredible Hulk, Marge Simpson, Jack Sparrow, Stitch, Mulan, Moana, and many more.

        Likewise, in response to simple prompts referencing Warner Bros.' copyrighted works, MiniMax's Hailuo AI also consistently generates videos and images that infringe Warner Bros.' famous copyrighted characters.  These unauthorized and infringing videos and images include Warner Bros.' DC Comics characters such as Batman, Superman, Wonder Woman, The Joker, Flash, and *Teen Titans Go!* characters:



*Screenshot from Hailuo AI video output*

August 27, 2025
Page 18



*Screenshot from Hailuo AI video output*



*Screenshot from Hailuo AI video output*

August 27, 2025
Page 19



*Screenshot from Hailuo AI video output*



*Screenshot from Hailuo AI video output*

August 27, 2025
Page 20



*Screenshot from Hailuo AI video output*



*Image from Hailuo AI image generator*

August 27, 2025
Page 21



*Screenshot from Hailuo AI video output*



*Screenshot from Hailuo AI video output*

August 27, 2025
Page 22



*Screenshot from Hailuo AI video output*

In addition to these examples, MiniMax has also generated videos featuring Warner Bros.' copyrighted character Supergirl.

Hailuo AI also generated images featuring copyrighted characters from Warner Bros.' classic cartoon franchises (Bugs Bunny, Daffy Duck, Tom and Jerry, Sylvester and Tweety, and Scooby-Doo):

August 27, 2025
Page 23



*Screenshot from Hailuo AI video output*



*Screenshot from Hailuo AI video output*

August 27, 2025
Page 24



*Screenshot from Hailuo AI video output*



*Screenshot from Hailuo AI video output*

August 27, 2025
Page 25



*Screenshot from Hailuo AI video output*

MiniMax's Hailuo AI also generated images featuring copyrighted characters from Warner Bros.' Cartoon Network properties *The Powerpuff Girls* and *Rick and Morty*:



*Screenshot from Hailuo AI video generator*

August 27, 2025
Page 26



*Screenshot from Hailuo AI video output*



*Screenshot from Hailuo AI video output*

August 27, 2025
Page 27

Additionally, in response to simple prompts referencing Universal's copyrighted works, MiniMax's Hailuo AI also consistently generates videos and images that infringe Universal's famous copyrighted characters. These unauthorized and infringing videos and images include the Minions characters from Universal Pictures' *Despicable Me* franchise:



*Screenshot from Hailuo AI video output*

MiniMax's Hailuo AI also generated images and videos featuring copyrighted characters from Universal's DreamWorks properties *Shrek*, *Kung Fu Panda*, *Trolls*, *The Boss Baby*, and *How to Train Your Dragon*:

August 27, 2025
Page 28



*Screenshot from Hailuo AI video output*



*Screenshot from Hailuo AI video output*

August 27, 2025
Page 29



*Screenshot from Hailuo AI video output*



*Screenshot from Hailuo AI video output*

August 27, 2025
Page 30



*Screenshot from Hailuo AI video output*



*Screenshot from Hailuo AI video output*

August 27, 2025
Page 31



*Screenshot from Hailuo AI video output*



*Screenshot from Hailuo AI video output*

August 27, 2025
Page 32



*Screenshot from Hailuo AI video output*

These infringing outputs leave no room for doubt that MiniMax's Hailuo AI was developed and "trained" using Disney's, Warner Bros.', and Universal's copyrighted works without authorization, and that unauthorized copies of Disney's, Warner Bros.', and Universal's copyrighted characters were made during this process.

The examples of infringement described above are obvious commercial features of Hailuo AI's subscription service. MiniMax's Hailuo AI operates with impunity in the United States as a virtual vending machine, capable of reproducing, rendering, and distributing copies of Disney's, Warner Bros.', and Universal's valuable libraries of copyrighted characters and other works on a mass scale. Further, MiniMax profits from this blatant copyright infringement by offering paid plans that cost between $9.99 and $199.99 (USD) per month.

Companies that commercialize and profit from   AI services must respect the intellectual property rights of creators like Disney, Warner Bros., and Universal that invest heavily in human creativity. No one doing business in the United States is above the law, which means that AI image and video services may not reproduce, distribute, publicly display, publicly perform, make derivative works of, or otherwise make available Disney's, Warner Bros.', or Universal's copyrighted works without an express license. Hailuo AI—through its training and outputs—has been violating each of these rights under the U.S. Copyright Act.

MiniMax has also failed to implement any technological protections or guardrails to mitigate or prevent copyright infringement. MiniMax continues to exploit Disney's, Warner Bros.', and Universal's copyrights for commercial gain at the expense of our creative community. Moreover, MiniMax has been rapidly expanding its copyright infringement by, among other

August 27, 2025
Page 33

things, making its Hailuo AI app available on the Apple App Store and Google Play Store, continuously improving the quality of infringing images and videos it generates, and promoting and advertising its ability to infringe Disney, Warner Bros., and Universal works to target U.S. consumers via social media and other platforms.  MiniMax must immediately cease its rampant copyright infringement and violation of U.S. copyright law.

To address Disney's, Warner Bros.', and Universal's immediate concerns, these are our demands:

(1)    Immediately cease further copying, publicly displaying, publicly performing, distributing, and creating derivative works of Disney's, Warner Bros.', and Universal's copyrighted characters in outputs of Hailuo AI.

(2)    Immediately implement technological protection measures within Hailuo AI to ensure that no future outputs infringe Disney, Warner Bros., and Universal works.

(3)    Immediately cease making copies of any Disney, Warner Bros., and Universal works for training AI models, and cease training of any AI models on pirated Disney, Warner Bros., and Universal content.

(4)    Immediately cease making copies of any Disney, Warner Bros., and Universal works for any commercial purpose.

(5)    Identify which of Disney's, Warner Bros.', and Universal's copyrighted works MiniMax has copied to train its various AI models.  If you are unable to identify each and every Disney, Warner Bros., and Universal work MiniMax has copied, then please disclose all sources of content used to train your AI models so that we may determine which of our works have been copied.

We strongly urge MiniMax to fully and immediately comply with these demands and await your prompt response.  If we do not receive confirmation from you within ten days that MiniMax will cease its infringement, we will take appropriate actions to preserve and protect Disney's, Warner Bros.', and Universal's intellectual property.

All rights and remedies reserved.

Sincerely,

David Singer

此文件为随附的 Jenner & Block 律师事务所英文信函原件的中文译本。

**2029 CENTURY PARK EAST, SUITE 1450 LOS ANGELES, CA 90067-2901**                    JENNER&BLOCK LLP

2025 年 8 月 27 日                                          David Singer
                                                          电话：+1 213 239 2206
                                                          DSinger@jenner.com

*隔夜递送*

首席执行官
总裁
总法律顾问：

    MiniMax
    上海稀宇极智科技有限公司
    中华人民共和国
    上海市徐汇区虹漕路
    25-1 号 2 楼 896 室
    邮编：200030

    中华人民共和国
    上海市桂平路 391 号新漕河泾国际商务中心
    B 栋 25 楼
    邮编：200050

    Nanonoble Pte. Ltd.
    152 Beach Road #14-02 Gateway East
    Singapore, 189721

主题：版权侵权

敬启者：

    本公司代表华特迪士尼公司 (The Walt Disney Company)、华纳兄弟探索公司 (Warner Bros. Discovery, Inc.) 和 NBC 环球集团 (NBCUniversal Media, LLC)，上述公司均为多家子公司及关联公司的母公司，各自拥有或控制众多版权作品（以下分别简称"迪士尼"、"华纳"和"环球"）。迪士尼、华纳和环球不仅拥有世界规模最大的影视工作室，还是最知名的家庭娱乐公司之一。迪士尼、华纳和环球拥有一系列知识产权，涵盖电影、电视节目、角色、艺术作品、剧本、音乐作品、录音制品、书籍等众多领域。

2025 年 8 月 27 日
第 2 页

　　与许多其他知识产权所有者一样，迪士尼、华纳和环球日益担忧以下问题：版权作品遭到大规模未经授权的抄袭，用于训练和开发生成式人工智能（"AI"）模型和服务；以及使用 AI 模型和服务，对版权作品进行商用和向消费者传播抄袭的版权作品，这些行为均违反了美国版权法。我们已经认定，MiniMax 旗下的海螺 AI 服务（"海螺 AI"）在其图片和视频生成服务中，持续生成对迪士尼、华纳和环球的版权作品构成侵权的抄袭作品。此外，MiniMax 还借助其探索功能和社交媒体平台，在海螺 AI 的网站上推广和宣传海螺 AI 对迪士尼、华纳和环球的版权作品构成侵权的能力。迪士尼、华纳和环球绝不容忍 MiniMax 肆意进行版权侵权、违反美国版权法的行为。

　　我们了解到，MiniMax 是上海稀宇极智科技有限公司（"SXJT"）的部门或子公司，并且 SXJT 全面或部分控制 MiniMax 及其运营，以及与海螺 AI 相关的公然版权侵权行为。我们还了解到，Nanonoble Pte. Ltd.（"Nanonoble"）作为 MiniMax 的代理商和/或 MiniMax 的关联公司，在 MiniMax 的指导和/或控制下开展业务（包括在美国境内）。我们将 SXJT、MiniMax 和 Nanonoble 统称为"MiniMax"。

　　以下部分示例截图是海螺 AI 服务通过简单提示词生成的海螺 AI 图片和视频输出内容，这些示例证明了对迪士尼、华纳和环球版权作品的公然且大规模的抄袭行为。

　　首先，我们从迪士尼的版权作品开始举例。以下是海螺 AI 输出内容的截图，其中使用了未经授权且构成侵权的《辛普森一家》(The Simpsons) 电视连续剧中的迪士尼版权角色，包括巴特·辛普森 (Bart Simpson) 和霍默·辛普森 (Homer Simpson)：

2025 年 8 月 27 日
第 3 页



*图片来源：海螺 AI 图片生成器*



*图片来源：海螺 AI 图片生成器*

2025 年 8 月 27 日
第 4 页

此外，海螺 AI 生成了一些未经授权且构成侵权的输出内容，其中包括迪士尼旗下漫威 (Marvel) 角色的高清渲染作品，例如钢铁侠 (Iron Man)、死侍 (Deadpool)、蜘蛛侠 (Spider-Man) 和格鲁特 (Groot)：



*截图来源：海螺 AI 视频生成器*



*截图来源：海螺 AI 视频生成器*

2025 年 8 月 27 日
第 5 页



*截图来源：海螺 AI 视频生成器*



*图片来源：海螺 AI 图片生成器*

2025 年 8 月 27 日
第 6 页



*图片来源：海螺 AI 图片生成器*

此外，针对一些非常基础的提示词，海螺 AI 还生成了以下未经授权且构成侵权的迪士尼旗下《星球大战》(Star Wars) 系列角色的图片，包括达斯·维达 (Darth Vader)、尤达 (Yoda)、R2-D2、C-3PO、丘巴卡 (Chewbacca)、格洛古 (Grogu)、曼达洛人 (The Mandalorian)、暴风兵 (Stormtrooper) 和克隆人战士 (Clone Trooper)：

2025 年 8 月 27 日
第 7 页



*截图来源：海螺 AI 视频生成器*



*截图来源：海螺 AI 视频生成器*

2025 年 8 月 27 日
第 8 页



*截图来源：海螺 AI 视频生成器*



*截图来源：海螺 AI 视频生成器*

2025 年 8 月 27 日
第 9 页



*截图来源：海螺 AI 视频生成器*



*图片来源：海螺 AI 图片生成器*

2025 年 8 月 27 日
第 10 页



*截图来源：海螺 AI 视频生成器*



*截图来源：海螺 AI 视频生成器*

2025 年 8 月 27 日
第 11 页



*截图来源：海螺 AI 视频生成器*



*截图来源：海螺 AI 视频生成器*

2025 年 8 月 27 日
第 12 页

MiniMax 旗下的海螺 AI 还生成了未经授权且构成侵权的图片，其中包括迪士尼和皮克斯 (Pixar) 电影的经典版权角色，包括辛巴 (Simba) 与娜拉 (Nala）、艾莎公主 (Princess Elsa)、雪宝 (Olaf)、巴斯光年 (Buzz Lightyear)、麦克·华斯基 (Mike Wazowski) 和苏利文 (Sulley)、瓦力 (WALL-E)、小美人鱼爱丽儿 (Ariel) 和小比目鱼 (Flounder)、以及闪电麦昆 (Lightning McQueen)：



*图片来源：海螺 AI 图片生成器*

2025 年 8 月 27 日
第 13 页



*截图来源：海螺 AI 视频生成器*



*截图来源：海螺 AI 视频生成器*

2025 年 8 月 27 日
第 14 页



*截图来源：海螺 AI 视频生成器*



*截图来源：海螺 AI 视频生成器*

2025 年 8 月 27 日
第 15 页



*截图来源：海螺 AI 视频生成器*



*图片来源：海螺 AI 图片生成器*

2025 年 8 月 27 日
第 16 页



*截图来源：海螺 AI 视频生成器*



*截图来源：海螺 AI 视频生成器*

2025 年 8 月 27 日
第 17 页

　　除上述示例以外，MiniMax 还生成了对迪士尼其他版权角色构成侵权的图片和视频，包括火箭浣熊 (Rocket Raccoon)、金刚狼 (Wolverine)、灭霸 (Thanos)、黑豹 (Black Panther)、无敌浩克 (The Incredible Hulk)、玛姬·辛普森 (Marge Simpson)、杰克·斯派罗 (Jack Sparrow)、史迪奇 (Stitch)、花木兰 (Mulan)、莫阿娜 (Moana) 等其他许多版权角色。

　　同样，针对涉及华纳版权作品的简单提示词，MiniMax 旗下的海螺 AI 也持续生成对华纳知名版权角色构成侵权的 视频和图片。这些未经授权且构成侵权的视频和图片包含华纳旗下 DC 漫画的角色，例如蝙蝠侠 (Batman)、超人 (Superman)、神奇女侠 (Wonder Woman)、小丑 (The Joker)、闪电侠 (Flash)，以及《少年泰坦出击》(Teen Titans Go!) 中的角色：



*截图来源：海螺 AI 视频输出内容*

2025 年 8 月 27 日
第 18 页



*截图来源：海螺 AI 视频输出内容*



*截图来源：海螺 AI 视频输出内容*

2025 年 8 月 27 日
第 19 页



*截图来源：海螺 AI 视频输出内容*



*截图来源：海螺 AI 视频输出内容*

2025 年 8 月 27 日
第 20 页



*截图来源：海螺 AI 视频输出内容*



*图片来源：海螺 AI 图片生成器*

2025 年 8 月 27 日
第 21 页



*截图来源：海螺 AI 视频输出内容*



*截图来源：海螺 AI 视频输出内容*

2025 年 8 月 27 日
第 22 页



*截图来源：海螺 AI 视频输出内容*

除这些示例以外，MiniMax 还生成了包含华纳版权角色 超级少女 (Supergirl) 的视频。

海螺 AI 还生成了包含华纳经典卡通系列版权角色的图片，例如兔八哥 (Bugs Bunny)、达菲鸭 (Daffy Duck)、汤姆 (Tom) 和杰瑞 (Jerry)、傻大猫 (Sylvester) 与崔弟 (Tweety)，以及史酷比 (Scooby-Doo)：

2025 年 8 月 27 日
第 23 页



*截图来源：海螺 AI 视频输出内容*



*截图来源：海螺 AI 视频输出内容*

2025 年 8 月 27 日
第 24 页



*截图来源：海螺 AI 视频输出内容*



*截图来源：海螺 AI 视频输出内容*

2025 年 8 月 27 日
第 25 页



*截图来源：海螺 AI 视频输出内容*

MiniMax 旗下的海螺 AI 还生成了关于华纳旗下卡通频道 (Cartoon Network) 版权角色的图片，这些角色来自《飞天小女警》(The Powerpuff Girls) 以及《瑞克和莫蒂》(Rick and Morty):



*截图来源：海螺 AI 视频生成器*

2025 年 8 月 27 日
第 26 页



*截图来源：海螺 AI 视频输出内容*



*截图来源：海螺 AI 视频输出内容*

2025 年 8 月 27 日
第 27 页

　　此外，针对涉及环球版权作品的简单提示词，MiniMax 旗下的海螺 AI 还会持续生成对环球知名版权角色构成侵权的视频和图片。这些未经授权且构成侵权的视频和图片包括环球影片公司 (Universal Pictures) 《神偷奶爸》(Despicable Me) 系列中的小黄人 (Minions) 角色：



*截图来源：海螺 AI 视频输出内容*

MiniMax 旗下的海螺 AI 还生成了包含环球旗下梦工厂 (DreamWorks) 版权角色的图片和视频，这些角色来自《怪物史莱克》(Shrek)、《功夫熊猫》(Kung Fu Panda)、《魔发精灵》(Trolls)、《宝贝老板》(The Boss Baby) 以及《驯龙高手》(How to Train Your Dragon)：

2025 年 8 月 27 日
第 28 页



*截图来源：海螺 AI 视频输出内容*



*截图来源：海螺 AI 视频输出内容*

2025 年 8 月 27 日
第 29 页



*截图来源：海螺 AI 视频输出内容*



*截图来源：海螺 AI 视频输出内容*

2025 年 8 月 27 日
第 30 页



*截图来源：海螺 AI 视频输出内容*



*截图来源：海螺 AI 视频输出内容*

2025 年 8 月 27 日
第 31 页



*截图来源：海螺 AI 视频输出内容*



*截图来源：海螺 AI 视频输出内容*

2025 年 8 月 27 日
第 32 页



*截图来源：海螺 AI 视频输出内容*

毫无疑问，这些构成侵权的输出内容表明，MiniMax 旗下的海螺 AI 是在未经授权的情况下，利用迪士尼、华纳和环球的版权作品进行开发和"训练"，且在此过程中未经许可抄袭了这些公司的版权角色。

上述侵权示例是海螺 AI 订阅服务的明显商业特征。MiniMax 旗下的海螺 AI 在美国毫无顾忌地运营，如同一台虚拟贩卖机，能够大规模复制、渲染并传播迪士尼、华纳和环球具有重要价值的版权角色及其他作品的资源库。此外，MiniMax 提供每月 9.99 至199.99 美元的付费套餐，以便从这种公然的版权侵权行为中牟利。

迪士尼、华纳和环球等公司在鼓励人们发挥创造力方面投资巨大，因此，通过 AI 服务商业化并从中牟利的公司必须尊重这些公司的知识产权。在美国开展业务的任何公司均须遵守法律规定，因此，未经明确授权，AI 图片和视频服务不得复制、传播、公开展示、公开表演、制作衍生作品或以其他方式提供迪士尼、华纳和环球的版权作品。海螺 AI 在其训练过程及输出内容中违反了美国版权法的各项相关权利。

MiniMax 也未能实施任何技术保护措施或防护机制，以减轻或防止版权侵权行为。MiniMax 以损害我们创意社区的权益为代价，持续利用迪士尼、华纳和环球的版权谋取商业利益。此外，MiniMax 通过多种手段变本加厉地进行版权侵权行为，包括在 Apple App Store 和 Google Play Store 上架其海螺 AI 应用程序，持续提升其生成的侵权图片与视频的

2025 年 8 月 27 日
第 33 页

质量，并通过社交媒体等平台向美国消费者推广和宣传其对迪士尼、华纳和环球作品构成侵权的能力。MiniMax 必须立即停止其肆意进行版权侵权、违反美国版权法的行为。

为解决迪士尼、华纳和环球的迫切担忧，我们提出以下要求：

（1）　立即停止在海螺 AI 的输出内容中进一步抄袭、公开展示、公开表演、传播以及创作迪士尼、华纳和环球版权角色的衍生作品。

（2）　立即在海螺 AI 内部实施技术保护措施，确保未来的输出内容不会再对迪士尼、华纳和环球的作品构成侵权。

（3）　立即停止出于训练 AI 模型之目的抄袭迪士尼、华纳和环球的作品，并停止就盗版迪士尼、华纳和环球内容训练任何 AI 模型。

（4）　立即停止出于任何商业目的抄袭迪士尼、华纳和环球的作品。

（5）　确认 MiniMax 出于训练其各类 AI 模型之目的抄袭了迪士尼、华纳和环球的哪些版权作品。如果贵方无法确认 MiniMax 具体抄袭了迪士尼、华纳和环球的哪些作品，请披露贵方 AI 模型训练所使用的全部内容来源，以便我们确认哪些作品遭到抄袭。

我们强烈敦促 MiniMax 立即全面履行上述要求，并期待贵方的迅速回应。如果我们在十日内未收到 MiniMax 停止侵权行为的确认函，我们将采取适当措施以维护并保护迪士尼、华纳和环球的知识产权。

我们保留所有权利和救济措施。

此致，

David Singer