UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | 2:25-cv-08768-SB-E | Date: | February 6, 2026 |

| | |
|---|---|
| Title: | Disney Enterprises, Inc. et al v. Minimax et al |

| Present: The Honorable | **STANLEY BLUMENFELD, JR., U.S. District Judge** |
|---|---|

| Lynnie Fahey | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| David R. Singer<br>Lauren Michelle Greene | |

**Proceedings: (Minutes of)** Status Conference **(Held and completed)**

      The Court heard from Plaintiffs about the status of service.  The Court sets a status conference for May 8, 2026 at 8:30 a.m.  Plaintiffs shall file a report no later than May 1, 2026 on the status of (1) service through the Hague Convention and (2) the investigation of MiniMax.

0:08