QUINN EMANUEL URQUHART &
 SULLIVAN, LLP
  Robert M. Schwartz (Bar No. 117166)
    robertschwartz@quinnemanuel.com
  Daniel C. Posner (Bar No. 232009)
    danposner@quinnemanuel.com
  Aaron Perahia (Bar No. 304554)
    aaronperahia@quinnemanuel.com
  Moon Hee Lee (Bar No. 318020)
    moonheelee@quinnemanuel.com
  Bradley Kahn (Bar No. 364637)
    bradleykahn@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

*Attorneys for Defendants MiniMax, Shanghai Xiyu Jizhi Technology Co. Ltd., and Nanonoble Pte. Ltd.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DISNEY ENTERPRISES, INC., a Delaware corporation; UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, a Delaware limited liability limited partnership; WARNER BROS. ENTERTAINMENT INC., a Delaware corporation; MARVEL CHARACTERS, INC., a Delaware corporation; MVL FILM FINANCE LLC, a Delaware limited liability company; LUCASFILM LTD. LLC, a California limited liability company; TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware corporation; DC COMICS, a New York general partnership; THE CARTOON NETWORK, INC., a Delaware corporation; TURNER ENTERTAINMENT CO., a Delaware corporation; HANNA-BARBERA | Case No. 2:25-cv-08768-SB-E<br><br>**STIPULATION REGARDING SERVICE OF PROCESS AND TIME TO RESPOND TO COMPLAINT**<br><br>Judge:    Hon. Stanley Blumenfeld, Jr.<br><br>Trial Date:    Not Set |

|   |   |
|---|---|
| 1 | PRODUCTIONS, INC., a Delaware corporation; and DREAMWORKS ANIMATION L.L.C., a Delaware limited liability company, |
| 2 | |
| 3 | |
| 4 | Plaintiffs, |
| 5 | vs. |
| 6 | MINIMAX, a Chinese company; SHANGHAI XIYU JIZHI TECHNOLOGY CO. LTD., a Chinese limited company; NANONOBLE PTE. LTD., a Singaporean private limited company and DOES 1 through 20, inclusive, |
| 7 | |
| 8 | |
| 9 | |
| 10 | Defendants. |

# STIPULATION

Plaintiffs Disney Enterprises, Inc.; Universal City Studios Productions LLLP; Warner Bros. Entertainment Inc.; Marvel Characters, Inc.; MVL Film Finance LLC; Lucasfilm Ltd. LLC; Twentieth Century Fox Film Corporation; DC Comics; The Cartoon Network, Inc.; Turner Entertainment Co.; Hanna-Barbera Productions, Inc.; and DreamWorks Animation L.L.C. (collectively, "Plaintiffs") and Defendants MiniMax, Shanghai Xiyu Jizhi Technology Co. Ltd., and Nanonoble Pte. Ltd. (collectively, "Defendants," and together with Plaintiffs, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, Plaintiffs filed the Complaint in this action on September 16, 2025;

WHEREAS, Defendants are foreign entities located in the People's Republic of China and Singapore;

WHEREAS, Plaintiffs reported to the Court about their service efforts pursuant to The Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, more commonly called the Hague Convention, in Plaintiffs' Response to Court's Order re Status Report on Service of Process and Investigation of Defendant Minimax ECF No. 20;

WHEREAS, Defendant Nanonoble Pte. Ltd.'s agent has received a copy of the summons and complaint from authorities in Singapore; the other Defendants have not been served;

WHEREAS, the Parties wish to avoid the time and expense associated with formal service of process on all Defendants and to consolidate the schedule for all Defendants to answer, move, or otherwise respond to the Complaint;

WHEREAS, undersigned counsel for Defendants has been authorized to accept service of process on behalf of all three Defendants, effective as of February 20, 2026;

1     WHEREAS, the Parties agree that, subject to the Court's approval, Defendants shall have until April 24, 2026 to answer, move, or otherwise respond to the Complaint;

    NOW, THEREFORE, the Parties hereby stipulate, subject to the Court's approval, as follows:

    1.    Defendants each waive all rights to service of process of the summons, complaint, and case initiating documents in this action including but not limited to any such rights under federal law and the Hague Convention.

    2.    The undersigned counsel for Defendants is authorized to, and here does, accept service of the Summons and Complaint on behalf of MiniMax, Shanghai Xiyu Jizhi Technology Co. Ltd., and Nanonoble Pte. Ltd., which shall be deemed effective February 20, 2026;

    3.    All Defendants shall have until April 24, 2026, to answer, move, or otherwise respond to the Complaint; and

    4.    Defendants do not waive any defenses, objections, or motions under Federal Rule of Civil Procedure 12, except as to the sufficiency of process and service of process (Fed. R. Civ. P. 12(b)(4) & (5)), and Defendants expressly reserve all rights to raise challenges as to personal jurisdiction (Fed. R. Civ. P. 12(b)(2)), venue (Fed. R. Civ. P. 12(b)(3)), and the legal sufficiency of the Complaint (Fed. R. Civ. P. 12(b)(6)).

    IT IS SO STIPULATED.

DATED: February 27, 2026    JENNER & BLOCK LLP

    By   */s/ David R. Singer*
    David R. Singer
    *Attorneys for Plaintiffs*

| | | |
|---|---|---|
| 1 | DATED: February 27, 2026 | QUINN EMANUEL URQUHART & SULLIVAN, LLP |

By     */s/ Robert M. Schwartz*
         Robert M. Schwartz
         *Attorneys for Defendants*

**ATTESTATION STATEMENT**

I, Robert M. Schwartz, the filer of this Stipulation Regarding Service of Process and Time to Respond to Complaint, attest pursuant to Rule 5-4.3.4(a)(2) of the Local Rules for the United States District Court for the Central District of California that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED: February 27, 2026    QUINN EMANUEL URQUHART
                                                & SULLIVAN, LLP

By   */s/ Robert M. Schwartz*
        Robert M. Schwartz
      *Attorneys for Defendants*