UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISNEY ENTERPRISES, INC. et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MINIMAX et al.,<br><br>Defendants. | Case No. 2:25-cv-08768-SB-E<br><br>**ORDER GRANTING STIPULATION REGARDING SERVICE OF PROCESS AND TIME TO RESPOND TO COMPLAINT** |

## ORDER

The Court, having reviewed and considered the Stipulation Regarding Service of Process and Time to Respond to Complaint filed by the Parties,

**HEREBY ORDERS** that:

1. The relief requested in the stipulation is GRANTED;

2. Service of the Summons and Complaint on Defendants MiniMax, Shanghai Xiyu Jizhi Technology Co. Ltd., and Nanonoble Pte. Ltd. through undersigned counsel for Defendants is deemed effective as of February 20, 2026;

3. All Defendants shall have until April 24, 2026 to answer, move, or otherwise respond to the Complaint; and

4. Defendants accept service of process but do not waive any defenses, objections, or motions under Federal Rule of Civil Procedure 12, except as to the sufficiency of process and service of process (Fed. R. Civ. P. 12(b)(4) & (5)), and Defendants expressly reserve all rights to raise challenges as to personal jurisdiction (Fed. R. Civ. P. 12(b)(2)), venue (Fed. R. Civ. P. 12(b)(3)), and the legal sufficiency

of the Complaint (Fed. R. Civ. P. 12(b)(6)).

The parties should not expect any further continuance of the response deadline. The Court vacates the status conference on May 8, 2026 and the Plaintiffs' May 1 deadline to file a report on the status of service.

**IT IS SO ORDERED.**

Dated:  March 2, 2026

Stanley Blumenfeld, Jr.
United States District Judge