QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Robert M. Schwartz (Bar No. 117166)
    robertschwartz@quinnemanuel.com
  Daniel C. Posner (Bar No. 232009)
    danposner@quinnemanuel.com
  Aaron Perahia (Bar No. 304554)
    aaronperahia@quinnemanuel.com
  Moon Hee Lee (Bar No. 318020)
    moonheelee@quinnemanuel.com
  Bradley Kahn (Bar No. 364637)
    bradleykahn@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

*Attorneys for Defendants MiniMax,
Shanghai Xiyu Jizhi Technology Co. Ltd.,
and Nanonoble Pte. Ltd.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DISNEY ENTERPRISES, INC., a Delaware corporation; UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, a Delaware limited liability limited partnership; WARNER BROS. ENTERTAINMENT INC., a Delaware corporation; MARVEL CHARACTERS, INC., a Delaware corporation; MVL FILM FINANCE LLC, a Delaware limited liability company; LUCASFILM LTD. LLC, a California limited liability company; TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware corporation; DC COMICS, a New York general partnership; THE CARTOON NETWORK, INC., a Delaware corporation; TURNER ENTERTAINMENT CO., a Delaware corporation; HANNA-BARBERA | Case No. 2:25-cv-08768-SB-E **STIPULATION SETTING AMENDED BRIEFING SCHEDULE ON DEFENDANTS' UPCOMING MOTIONS TO DISMISS** Judge:    Hon. Stanley Blumenfeld, Jr. Hearing Date: May 29, 2026 Trial Date:    Not Set |

1

PRODUCTIONS, INC., a Delaware corporation; and DREAMWORKS ANIMATION L.L.C., a Delaware limited liability company,

Plaintiffs,

vs.

MINIMAX, a Chinese company; SHANGHAI XIYU JIZHI TECHNOLOGY CO. LTD., a Chinese limited company; NANONOBLE PTE. LTD., a Singaporean private limited company and DOES 1 through 20, inclusive,

Defendants.

STIPULATION SETTING AMENDED BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS TO DISMISS

**STIPULATION**

Plaintiffs Disney Enterprises, Inc.; Universal City Studios Productions LLLP; Warner Bros. Entertainment Inc.; Marvel Characters, Inc.; MVL Film Finance LLC; Lucasfilm Ltd. LLC; Twentieth Century Fox Film Corporation; DC Comics; The Cartoon Network, Inc.; Turner Entertainment Co.; Hanna-Barbera Productions, Inc.; and DreamWorks Animation L.L.C. (collectively, "Plaintiffs") and Defendants MiniMax, Shanghai Xiyu Jizhi Technology Co. Ltd., and Nanonoble Pte. Ltd. (collectively, "Defendants," and together with Plaintiffs, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, on March 12, 2026, the Court ordered that Defendants shall file any motions to dismiss (or answers) by April 24, 2026, set for hearing no later than May 29, 2026, with oppositions due by May 8, 2026, and replies due by May 15, 2026 (Dkt. No. 32);

WHEREAS, the Court further ordered that if Defendants file their motions earlier, the Parties may agree (without seeking further leave of court) to a longer briefing schedule, provided that briefing is complete by May 15, 2026 and the motions are set for hearing by May 29, 2026 (Dkt. No. 32);

WHEREAS, to permit a longer briefing schedule pursuant to the Court's March 12, 2026 Order, Defendants have agreed to file their motions to dismiss on or before April 10, 2026; and

WHEREAS, the Parties have also agreed that Plaintiffs' oppositions to Defendants' motions will be filed on or before May 1, 2026 and Defendants' replies in support of their motions will be filed on or before May 15, 2026.

NOW, THEREFORE, pursuant to the Court's March 12, 2026 Order, the Parties hereby stipulate as follows:

1.      Defendants' motions to dismiss shall be filed on or before **April 10, 2026**, and set for hearing on **May 29, 2026**;

2.    Plaintiffs' oppositions to Defendants' motions shall be filed on or before **May 1, 2026**; and

3.    Defendants' replies in support of their motions shall be filed on or before **May 15, 2026**.

IT IS SO STIPULATED.

DATED:  March 26, 2026          JENNER & BLOCK LLP


By _____/s/ David R. Singer_____
          David R. Singer
          *Attorneys for Plaintiffs*

DATED: March 26, 2026          QUINN EMANUEL URQUHART
                              & SULLIVAN, LLP


By _____/s/ Robert M. Schwartz_____
          Robert M. Schwartz
          *Attorneys for Defendants*

STIPULATION SETTING AMENDED BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS TO DISMISS

**ATTESTATION STATEMENT**

I, Robert M. Schwartz, the filer of this Stipulation Setting Amended Briefing Schedule on Defendants' Motion to Dismiss, attest pursuant to Rule 5-4.3.4(a)(2) of the Local Rules for the United States District Court for the Central District of California that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  March 26, 2026

QUINN EMANUEL URQUHART
& SULLIVAN, LLP

By  _/s/ Robert M. Schwartz_
Robert M. Schwartz
*Attorneys for Defendants*

5    Case No. 2:25-cv-08768-SB-E

STIPULATION SETTING AMENDED BRIEFING SCHEDULE ON DEFENDANTS' MOTIONS TO DISMISS