QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Robert M. Schwartz (Bar No. 117166)
   robertschwartz@quinnemanuel.com
  Daniel C. Posner (Bar No. 232009)
   danposner@quinnemanuel.com
  Aaron Perahia (Bar No. 304554)
   aaronperahia@quinnemanuel.com
  Moon Hee Lee (Bar No. 318020)
   moonheelee@quinnemanuel.com
  Bradley Kahn (Bar No. 364637)
   bradleykahn@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Defendant Shanghai Xiyu Jizhi Technology Co. Ltd.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DISNEY ENTERPRISES, INC., a Delaware corporation; UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, a Delaware limited liability limited partnership; WARNER BROS. ENTERTAINMENT INC., a Delaware corporation; MARVEL CHARACTERS, INC., a Delaware corporation; MVL FILM FINANCE LLC, a Delaware limited liability company; LUCASFILM LTD. LLC, a California limited liability company; TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware corporation; DC COMICS, a New York general partnership; THE CARTOON NETWORK, INC., a Delaware corporation; TURNER ENTERTAINMENT CO., a Delaware corporation; HANNA-BARBERA PRODUCTIONS, INC., a Delaware corporation; and DREAMWORKS | Case No. 2:25-cv-08768-SB-E **DECLARATION OF XUE ZIZHAO IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS DEFENDANTS MINIMAX AND SHANGHAI XIYU JIZHI TECHNOLOGY CO. LTD. PURSUANT TO FED. R. CIV. P. 12(b)(2)** Date:  May 29, 2026 Time:  8:30 a.m. Place:  Courtroom 6C Judge:  Hon. Stanley Blumenfeld, Jr. Trial Date:  Not Set |

1                                    Case No. 2:25-cv-08768
DECLARATION OF XUE ZIZHAO ISO MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

ANIMATION L.L.C., a Delaware limited liability company,

Plaintiffs,

vs.

MINIMAX, a Chinese company; SHANGHAI XIYU JIZHI TECHNOLOGY CO. LTD., a Chinese limited company; NANONOBLE PTE. LTD., a Singaporean private limited company and DOES 1 through 20, inclusive,

Defendants.

DECLARATION OF XUE ZIZHAO ISO MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

### DECLARATION OF XUE ZIZHAO

I, Xue Zizhao, hereby declare as follows:

1.     I am over 18 years of age.  I submit this declaration in support of Defendants' Motion to Dismiss Defendants MiniMax and Shanghai Xiyu Jizhi Technology Co. Ltd. ("**SXJT**") under Fed. R. Civ. P. 12(b)(2).  I have personal knowledge of the facts stated in this declaration and could testify to them if called as a witness.

2.     I have served as Vice President of Capital Markets and Investments at MiniMax Group Inc. ("**MiniMax Group**") since September 2023 and as a joint company secretary of MiniMax Group since June 2025.  In these roles, I oversee corporate affairs, capital-markets activity, and organizational structure across MiniMax Group and its subsidiaries.  I am familiar with MiniMax Group's corporate structure, including the relationships among its subsidiaries, and with the operations of Nanonoble Pte. Ltd. ("**Nanonoble**").

### Corporate Structure

3.     MiniMax Group is a holding company incorporated in the Cayman Islands and publicly listed on the Hong Kong Stock Exchange.  SXJT is an indirect, wholly owned subsidiary of MiniMax Group.  SXJT is incorporated in the People's Republic of China with a registered address in Shanghai.  Nanonoble is also an indirect, wholly owned subsidiary of MiniMax Group.  Nanonoble is incorporated in the Republic of Singapore with a registered address in Singapore.

4.     SXJT and Nanonoble are sister entities within the MiniMax Group corporate family; neither is a parent or subsidiary of the other.  SXJT does not hold any equity interest in Nanonoble, directly or indirectly.  Nanonoble does not hold any equity interest in SXJT, directly or indirectly.

5.     SXJT is MiniMax Group's principal China-based research-and-development entity.  Its business consists of researching and developing foundation AI models—including large language models, video generation models, and speech

DECLARATION OF XUE ZIZHAO ISO MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

generation models—in Shanghai, China.  SXJT is not the owner of any U.S. consumer-facing products or services, is not the distributor of U.S. applications to end users, and is not the entity responsible for any U.S. commercial sales, licensing, or marketing activity.

6.  Nanonoble is MiniMax Group's platform-operating entity for the "Hailuo AI" visual generation platform in markets outside China, including the U.S. Nanonoble is the contracting party in the Hailuo AI website's Terms of Service and Privacy Policy, processes user payments from U.S. users, distributes the Hailuo AI application in the U.S. through the Apple App Store and Google Play Store, filed the U.S. trademark applications for the "Hailuo" mark, and is the entity responsible for all customer-facing commercial activity for the Hailuo AI platform in the U.S.

7.  I have reviewed the corporate records of MiniMax Group and each of its subsidiaries.  No entity within MiniMax Group bears the standalone legal name "MiniMax."  Certain subsidiaries of MiniMax Group include "MiniMax" as part of a longer corporate name—such as MiniMax HongKong Tech Limited—but no entity is named simply "MiniMax," as the Complaint alleges.  "MiniMax" is merely a brand name used for AI products and services.  Nanonoble is the sole entity that provides services under Hailuo AI in the U.S.

### Alleged Contacts in the United States

8.  SXJT has no presence in the U.S.  It has no offices, facilities, employees, officers, directors, servers, data centers, real property, bank accounts, or assets in the U.S.  It has not registered to do business in any U.S. state, has not appointed an agent for service of process in any U.S. state, and pays no U.S. taxes.

9.  SXJT conducts all its business operations in China.  SXJT researches and develops AI technologies, including foundational large language models, through employees in Shanghai.  SXJT does not sell, license, distribute, market, advertise, or offer any products or services to consumers or businesses in the U.S. SXJT generates no revenue from the U.S.

DECLARATION OF XUE ZIZHAO ISO MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

**Alleged Contracts and Arrangements**

10.     The Hailuo AI website has a Terms of Service and a Privacy Policy. Attached as **Exhibit A** is a true and correct copy of the Terms of Service at https://hailuoai.video/doc/terms-of-service.html, last modified November 25, 2024, as accessed on March 20, 2026.  Attached as **Exhibit B** is a true and correct copy of the Privacy Policy at https://hailuoai.video/doc/privacy-policy.html, updated December 9, 2025, as accessed on March 20, 2026.  Both the Terms of Service and the Privacy Policy define the "Company" subject to the agreements as Nanonoble. SXJT is not a party to either agreement or any terms therein, including the U.S. forum selection clause in the Terms of Service.

11.     SXJT does not distribute the "Hailuo AI" application through the Apple App Store or Google Play Store in the U.S.  Attached as **Exhibit C** is a true and correct copy of the U.S. Apple App Store listing for "Hailuo AI: Image & Video Maker" (App ID 6741675037) at https://apps.apple.com/us/app/hailuo-al-image-video-maker/id6741675037, as accessed on March 20, 2026.  The Apple App Store identifies "NANONOBLE PTE. LTD." as the Developer, Seller, and copyright holder.  SXJT does not appear on the listing.  Attached as **Exhibit D** is a true and correct copy of the U.S. Google Play Store listing for "Hailuo AI: Image & Video Maker" (Package ID ai.hailuo.video) at https://play.google.com/store/apps/details?id=ai.hailuo.video, as accessed on March 20, 2026.  The Google Play Store displays "MiniMax AI" as the developer display name but identifies "NANONOBLE PTE. LTD." as the registered developer, with a registered address at 152 Beach Road, #14-02 Gateway East, Singapore 189721.  The listing links to the same Nanonoble Privacy Policy attached as Exhibit B.  SXJT does not appear on the listing.

12.     SXJT does not process, receive, or collect any payments from U.S.-located Hailuo AI users.

13.     SXJT did not register, and does not own or control, the domain names minimax.io or hailuoai.video.  SXJT does not own any consumer-facing website

DECLARATION OF XUE ZIZHAO ISO MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

directed at U.S. users, including minimax.io and hailuoai.video, or any social media accounts directed at U.S. consumers.

14.    Nanonoble, not SXJT, filed the U.S. trademark applications for the mark "Hailuo." *See* Complaint, Ex. F.  SXJT did not host or fund any generative AI "meetup" in the U.S., including any event with fal.ai.  SXJT did not use the "Hollywood studio in your pocket" slogan on any U.S. platform.  SXJT did not enter or fund any paid partnership campaigns with social media influencers to promote Hailuo AI in the U.S.

### Alleged Relationship with Nanonoble

15.    SXJT has never owned any equity interest in Nanonoble.  SXJT and Nanonoble maintain separate bank accounts and books and records, and file separate tax returns.  Each complies independently with its own jurisdiction's regulatory requirements.  Each entity holds its own board meetings and keeps its own corporate minutes.

16.    No agency agreement, written or oral, exists between SXJT and Nanonoble.  SXJT has not appointed Nanonoble as its agent for any purpose. Nanonoble has no authority to act on SXJT's behalf, bind SXJT to contracts, or consent to jurisdiction on SXJT's behalf.

DECLARATION OF XUE ZIZHAO ISO MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 10, 2026, in Shanghai, People's Republic of China.

_Xue Zizhao_

—————————————————
Xue Zizhao

DECLARATION OF XUE ZIZHAO ISO MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION