# EXHIBIT B

## Xue Zizhao Declaration
## ISO Rule 12(b)(2) Motion

Case 2:25-cv-08768-SB-E     Document 34-4     Filed 04/10/26     Page 1 of 8   Page ID
#:500

**PageVault**

| | |
|---|---|
| Document title: | Hailuo AI Video Privacy Policy |
| Capture URL: | https://hailuoai.video/doc/privacy-policy.html |
| Captured site IP: | 194.39.69.217 |
| Page loaded at (UTC): | Sat, 21 Mar 2026 00:41:04 GMT |
| Capture timestamp (UTC): | Sat, 21 Mar 2026 00:41:06 GMT |
| Capture tool: | 3.20.3 |
| Collection server IP: | 54.227.204.206 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/139.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| Capture ID: | b1ao3sX97fSgpWToB3ZoTS |

PDF REFERENCE #:    k4T5PkTqep9cshdPLiCGgy

# Hailuo AI Video Privacy Policy

Updated: December 9, 2025

## Introduction

Nanonoble Pte. Ltd. (**"Company"** or **"We"**) respect your privacy and are committed to protecting it through our compliance with this policy.

If you are a resident of Singapore, please also see the "Additional Information for Singapore Residents" section below.

This policy describes the types of information we may collect from you or that you may provide when you visit the website https://hailuoai.video/ (our "**Website**") and our practices for collecting, using, maintaining, protecting, and disclosing that information.

This policy applies to information we collect:

- On this Website.
- In email, text, and other electronic messages between you and this Website.
- Through mobile and desktop applications you download from this Website, which provide dedicated non-browser-based interaction between you and this Website.
- When you interact with our advertising and applications on third-party websites and services, if those applications or advertising include links to this policy.

It does not apply to information collected by:

- Us offline or through any other means, including on any other website operated by Company or any third party (including our affiliates and subsidiaries); or
- Any third party (including our affiliates and subsidiaries), including through any application or content (including advertising) that may link to or be accessible from or through the Website.

Please read this policy carefully to understand our policies and practices regarding your information and how we will treat it. If you do not agree with our policies and practices, your choice is not to use our Website. By accessing or using this Website, you agree to this privacy policy. This policy may change from time to time. Your continued use of this Website after we make changes is deemed to be acceptance of those changes, so please check the policy periodically for updates.

## Children Under the Age of 16

Our Website is not intended for children under 16 years of age. No one under age 16 may provide any personal information to the Website. We do not knowingly collect personal information from children under 16. If you are under 16, do not use or provide any information on this Website or through any of its features, register on the Website, make any purchases through the Website, use any of the interactive or public comment features of this Website, or provide any information about yourself to us, including your name, address, telephone number, email address, or any screen name or user name you may us. If we learn we have collected or received personal information from a child under 16 without verification of parental consent, we will delete that information. If you believe we might have any information from or about a child under 16, please contact us at contact@hailuoai.com .

## Information We Collect About You and How We Collect It

We collect several types of information from and about users of our Website, including information:

- By which you may be personally identified, such as your user name, email address, telephone number, or any other identifier by which you may be contacted (**"personal information"**);
- That is about you but individually does not identify you, such as your device information; and/or

Document title: Hailuo AI Video Privacy Policy
Capture URL: https://hailuoai.video/doc/privacy-policy.html
Capture timestamp (UTC): Sat, 21 Mar 2026 00:41:06 GMT

# Information We Collect About You and How We Collect It

We collect several types of information from and about users of our Website, including information:

- By which you may be personally identified, such as your user name, email address, telephone number, or any other identifier by which you may be contacted ("**personal information**");
- That is about you but individually does not identify you, such as your device information; and/or
- About your internet connection, the equipment you use to access our Website, and usage details.

We collect this information:

- Directly from you when you provide it to us.
- Automatically as you navigate through the site. Information collected automatically may include usage details, IP addresses, and information collected through cookies.

## Information You Provide to Us

The information we collect on or through our Website may include:

- Information that you provide by filling in forms on our Website. This includes information provided at the time of registering to use our Website, subscribing to our service, uploading or posting material, or requesting further services. We may also ask you for information when you report a problem with our Website.
- Records and copies of your correspondence (including email addresses), if you contact us.

You also may provide information to be published or displayed (hereinafter, "**posted**") on public areas of the Website, or transmitted to other users of the Website or third parties (collectively, "**User Contributions**"). Your User Contributions are posted on and transmitted to others at your own risk. Although, please be aware that no security measures are perfect or impenetrable. Additionally, we cannot control the actions of other users of the Website with whom you may choose to share your User Contributions. Therefore, we cannot and do not guarantee that your User Contributions will not be viewed by unauthorized persons.

## Information We Collect Through Automatic Data Collection Technologies

As you navigate through and interact with our Website, we may use automatic data collection technologies to collect certain information about your equipment, browsing actions, and patterns, including:

- Details of your visits to our Website, including traffic data, location data, logs, and other communication data and the resources that you access and use on the Website.
- Information about your computer and internet connection, including your IP address, operating system, and browser type.

The information we collect automatically is only statistical data and does not include personal information, but we may maintain it or associate it with personal information we collect in other ways or receive from third parties. It helps us to improve our Website and to deliver a better and more personalized service, including by enabling us to:

- Estimate our audience size and usage patterns.
- Store information about your preferences, allowing us to customize our Website according to your individual interests.
- Speed up your searches.
- Recognize you when you return to our Website.

The technologies we use for this automatic data collection may include:

- **Cookies (or browser cookies).** A cookie is a small file placed on the hard drive of your computer. You may refuse to accept browser cookies by activating the appropriate setting on your browser. However,

- Speed up searches

- Recognize you when you return to our Website.

The technologies we use for this automatic data collection may include:

- **Cookies (or browser cookies).** A cookie is a small file placed on the hard drive of your computer. You may refuse to accept browser cookies by activating the appropriate setting on your browser. However, if you select this setting you may be unable to access certain parts of our Website. Unless you have adjusted your browser setting so that it will refuse cookies, our system will issue cookies when you direct your browser to our Website. For information about managing your privacy and security settings for cookies, see Choices About How We Use and Disclose Your Information.

- **Web Beacons.** Pages of our Website may contain small electronic files known as web beacons (also referred to as clear gifs, pixel tags, and single-pixel gifs) that permit the Company, for example, to count users who have visited those pages or and for other related website statistics (for example, recording the popularity of certain website content and verifying system and server integrity).

## How We Use Your Information

We use information that we collect about you or that you provide to us, including any personal information:

- To present our Website and its contents to you.

- To provide you with information, products, or services that you request from us.

- To fulfill any other purpose for which you provide it.

- To carry out our obligations and enforce our rights arising from any contracts entered into between you and us, including for billing and collection.

- To notify you about changes to our Website or any products or services we offer or provide though it.

- In any other way we may describe when you provide the information.

- For any other purpose with your consent.

## Disclosure of Your Information

We may disclose aggregated information about our users without restriction.

We may disclose personal information that we collect or you provide as described in this privacy policy:

- To our subsidiaries and affiliates.

- To contractors, service providers, and other third parties we use to support our business.

- To a buyer or other successor in the event of a merger, divestiture, restructuring, reorganization, dissolution, or other sale or transfer of some or all of our company's assets, whether as a going concern or as part of bankruptcy, liquidation, or similar proceeding, in which personal information held by us about our Website users is among the assets transferred.

- To fulfill the purpose for which you provide it.

- For any other purpose disclosed by us when you provide the information.

- With your consent.

We may also disclose your personal information:

- To comply with any court order, law, or legal process, including to respond to any government or regulatory request.

- To enforce or apply our terms of use and other agreements, including for billing and collection purposes.

- If we believe disclosure is necessary or appropriate to protect the rights, property, or safety of our company, our customers, or others.

## Choices About How We Use and Disclose Your Information

purposes.

- If we believe disclosure is necessary or appropriate to protect the rights, property, or safety of our company, our customers, or others.

## Choices About How We Use and Disclose Your Information

We strive to provide you with choices regarding the personal information you provide to us. We have created mechanisms to provide you with the following control over your information:

- **Tracking Technologies and Advertising.** You can set your browser to refuse all or some browser cookies, or to alert you when cookies are being sent. If you disable or refuse cookies, please note that some parts of this site may then be inaccessible or not function properly.

We do not control third parties' collection or use of your information to serve interest-based advertising. However these third parties may provide you with ways to choose not to have your information collected or used in this way.

## Face Data and Biometric Information

When you use certain features of our mobile applications, you may choose to upload photos that contain faces. These images may be processed by our servers solely for the purpose of generating AI-powered videos based on your uploaded content and instructions. During this process, facial feature data or facial landmarks may be temporarily derived from your uploaded images to enable video generation. This facial data is used only for this specific processing task, is not stored, not retained after processing, not used to identify or authenticate you, and not shared with third parties. Once the video generation process is completed, both the uploaded photos and all derived facial data are permanently deleted from our systems.

## Additional Information for United States Residents

California, Colorado, Connecticut, Delaware, Florida, Indiana, Iowa, Montana, Oregon, Tennessee, Texas, Utah, and Virginia provide (now or in the future) their state residents with rights to:

- Confirm whether we process their personal information.
- Access and delete certain personal information.
- Correct inaccuracies in their personal information, taking into account the information's nature processing purpose (excluding Iowa and Utah).
- Data portability.
- Opt-out of personal data processing for:
  - targeted advertising (excluding Iowa);
  - sales; or
  - profiling in furtherance of decisions that produce legal or similarly significant effects (excluding Iowa and Utah).
- Either limit (opt-out of) or require consent to process sensitive personal data.

The exact scope of these rights may vary by state. To exercise any of these rights submit a request using our Contact Information listed below.

## Additional Information for Singapore Residents

1. **Withdrawal of consent**
   a. You have the right to ask us to stop processing your personal data for direct marketing purposes. If you wish to exercise this right, you may:
      1. Withdraw your consent for specific forms of communication through the various unsubscribe options as stated on our email or other marketing messages; and/or

Document title: Hailuo AI Video Privacy Policy
Capture URL: https://hailuoai.video/doc/privacy-policy.html
Capture timestamp (UTC): Sat, 21 Mar 2026 00:41:06 GMT

1. **Withdrawal of consent**

   a. You have the right to ask us to stop processing your personal data for direct marketing purposes. If you wish to exercise this right, you may:

      1. Withdraw your consent for specific forms of communication through the various unsubscribe options as stated on our email or other marketing messages; and/or

      2. Put your request in writing via email to our Data Protection Officer (see contact information below).

   b. If your objection is not towards direct marketing in general, but to direct marketing by a particular channel, please specify the channel that you are objecting to.

   c. Upon withdrawal of your consent, you acknowledge that we may suspend and/or terminate your access to the website and/or the services that we provide to you, without any liability. Please note that it may take up to 10 business days for any request for consent withdrawal to be effective.

2. **Protection of personal data**

   We implement a variety of security measures to maintain the safety of your personal information. While we will use all reasonable efforts to safeguard your personal data, you acknowledge that the use of the internet is not entirely secure, and for this reason we cannot guarantee the security or integrity of any personal data that is transferred from you or to you.

3. **Transfer of personal data outside Singapore**

   a. While we generally do not transfer your personal data to countries outside Singapore, if we need to transfer your personal data to our affiliates and/or third parties outside Singapore, please be assured that we will take reasonable steps to ensure that your personal data is accorded a standard of protection comparable at least to the protection under the Personal Data Protection Act 2012, or as may be modified from time to time (the "PDPA").

   b. By providing us with your personal data, you consent to such transfer and/or access of your personal data.

4. **Access to and correction of personal data**

   a. If you wish to access a copy of the personal data which we hold about you, or correct or update any of the personal data which we hold about you, you may submit your request in writing to our Data Protection Officer via email (see contact information below).

   b. Please note that a reasonable fee will be charged for a request to access a copy of your personal data which we hold about you. We will inform you of the fee before processing your request.

   c. No fee will be charged for a request to correct any inaccuracies in the personal data which we hold about you.

   d. We shall endeavour to respond to a request to access a copy of your personal data and correct any inaccuracies in your personal data as soon as reasonably practicable, subject to any limitations as prescribed by the PDPA and/or any other applicable laws.

5. **Retention of personal data**

   a. We may retain and use your personal data for as long as it is necessary or permitted by law or to fulfil the purpose for which it was collected.

   b. We will cease to retain your personal data as soon as it is reasonable that your personal data is no longer required. We will take commercially reasonable steps to ensure that your personal data is destroyed and/or no longer contains personally identifiable information about you.

6. **Personal Data Protection Act 2012**

   By using this site, you agree to allow us to collect or use your information in an appropriate manner in accordance with the PDPA.

7. **Your Consent**

   By using our site, you consent to our website's Privacy Policy.

8. **Contact us**

   You can contact us by emailing us at contact.nanonoble@minimax.io.

Changes to Our Privacy Policy

of any personal data that is transferred from you or to you.

Case 2:25-cv-08768-SB-E  Document 34-4  Filed 04/10/26  Page 8 of 8  Page ID #:507

3. **Transfer of personal data outside Singapore**

   a. While we generally do not transfer your personal data to countries outside Singapore, if we need to transfer your personal data to our affiliates and/or third parties outside Singapore, please be assured that we will take reasonable steps to ensure that your personal data is accorded a standard of protection comparable at least to the protection under the Personal Data Protection Act 2012, or as may be modified from time to time (the "PDPA").

   b. By providing us with your personal data, you consent to such transfer and/or access of your personal data.

4. **Access to and correction of personal data**

   a. If you wish to access a copy of the personal data which we hold about you, or correct or update any of the personal data which we hold about you, you may submit your request in writing to our Data Protection Officer via email (see contact information below).

   b. Please note that a reasonable fee will be charged for a request to access a copy of your personal data which we hold about you. We will inform you of the fee before processing your request.

   c. No fee will be charged for a request to correct any inaccuracies in the personal data which we hold about you.

   d. We shall endeavour to respond to a request to access a copy of your personal data and correct any inaccuracies in your personal data as soon as reasonably practicable, subject to any limitations as prescribed by the PDPA and/or any other applicable laws.

5. **Retention of personal data**

   a. We may retain and use your personal data for as long as it is necessary or permitted by law or to fulfil the purpose for which it was collected.

   b. We will cease to retain your personal data as soon as it is reasonable that your personal data is no longer required. We will take commercially reasonable steps to ensure that your personal data is destroyed and/or no longer contains personally identifiable information about you.

6. **Personal Data Protection Act 2012**

By using this site, you agree to allow us to collect or use your information in an appropriate manner in accordance with the PDPA.

7. **Your Consent**

By using our site, you consent to our website's Privacy Policy.

8. **Contact us**

You can contact us by emailing us at contact.nanonoble@minimax.io.

## Changes to Our Privacy Policy

It is our policy to post any changes we make to our privacy policy on this page. If we make material changes to how we treat our users' personal information, we will notify you by email to the email address specified in your account or through a notice on the Website. The date the privacy policy was last revised is identified at the top of the page. You are responsible for ensuring we have an up-to-date active and deliverable email address for you if you have a registered account, and for periodically visiting our Website and this privacy policy to check for any changes.

## Contact Information

Nanonoble Pte. Ltd. with a registered address at 152 Beach Road, #14-02 Gateway East, Singapore (189721).

To ask questions or comment about this privacy policy and our privacy practices, contact us at: contact.nanonoble@minimax.io