# EXHIBIT C

## Xue Zizhao Declaration
## ISO Rule 12(b)(2) Motion

PageVault

| | |
|---|---|
| Document title: | ☐ Hailuo AI: Image&Video Maker App - App Store |
| Capture URL: | https://apps.apple.com/us/app/hailuo-al-image-video-maker/id6741675037 |
| Captured site IP: | 194.39.69.217 |
| Page loaded at (UTC): | Sat, 21 Mar 2026 00:41:10 GMT |
| Capture timestamp (UTC): | Sat, 21 Mar 2026 00:41:12 GMT |
| Capture tool: | 3.20.3 |
| Collection server IP: | 3.88.36.133 |
| Browser engine: | Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/139.0.0.0 Safari/537.36 |
| Operating system: | linux x64 (Node v20.18.0) |
| Capture ID: | jGfNrSv7QE6etCjwbZXtQP |





