QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Robert M. Schwartz (Bar No. 117166)
   robertschwartz@quinnemanuel.com
  Daniel C. Posner (Bar No. 232009)
   danposner@quinnemanuel.com
  Aaron Perahia (Bar No. 304554)
   aaronperahia@quinnemanuel.com
  Moon Hee Lee (Bar No. 318020)
   moonheelee@quinnemanuel.com
  Bradley Kahn (Bar No. 364637)
   bradleykahn@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:   (213) 443-3000
Facsimile:    (213) 443-3100

Attorneys for Defendant Shanghai Xiyu Jizhi Technology Co. Ltd.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DISNEY ENTERPRISES, INC., a Delaware corporation; UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, a Delaware limited liability limited partnership; WARNER BROS. ENTERTAINMENT INC., a Delaware corporation; MARVEL CHARACTERS, INC., a Delaware corporation; MVL FILM FINANCE LLC, a Delaware limited liability company; LUCASFILM LTD. LLC, a California limited liability company; TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware corporation; DC COMICS, a New York general partnership; THE CARTOON NETWORK, INC., a Delaware corporation; TURNER ENTERTAINMENT CO., a Delaware corporation; HANNA-BARBERA PRODUCTIONS, INC., a Delaware corporation; and DREAMWORKS | Case No. 2:25-cv-08768-SB-E<br><br>**DECLARATION OF DANIEL C. POSNER IN SUPPORT OF DEFENDANTS MINIMAX AND SHANGHAI XIYU JIZHI TECHNOLOGY CO. LTD.'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(2)**<br><br>Date:        May 29, 2026<br>Time:       8:30 a.m.<br>Place:      Courtroom 6C<br>Judge:     Hon. Stanley Blumenfeld, Jr.<br><br>Trial Date:     Not Set |

DECLARATION OF DANIEL C. POSNER ISO MINIMAX AND SXJT'S RULE 12(b)(2) MOTION TO DISMISS

ANIMATION L.L.C., a Delaware limited liability company,

          Plaintiffs,

      vs.

MINIMAX, a Chinese company; SHANGHAI XIYU JIZHI TECHNOLOGY CO. LTD., a Chinese limited company; NANONOBLE PTE. LTD., a Singaporean private limited company and DOES 1 through 20, inclusive,

          Defendants.

DECLARATION OF DANIEL C. POSNER ISO MINIMAX AND SXJT'S RULE 12(b)(2) MOTION TO DISMISS

## DECLARATION OF DANIEL C. POSNER

I, Daniel C. Posner, declare as follows:

1.     I am an attorney duly admitted to practice before this Court and a partner at Quinn Emanuel Urquhart & Sullivan, LLP.  I am counsel of record for Defendant Shanghai Xiyu Jizhi Technology Co. Ltd. ("**SXJT**") in this action.  I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify thereto.

2.     Attached hereto as **Exhibit A** is a true and correct copy of the Complaint filed by Plaintiffs in this action on September 16, 2025 (Dkt. 1), which is filed with the Court pursuant to the Court's Standing Order requiring that a copy of the challenged pleading accompany any motion to dismiss.

3.     On March 26, 2026, counsel for the parties conducted a meet-and-confer conference by Zoom videoconference pursuant to Central District Local Rule 7-3.  Attorneys David Singer, Lauren M. Greene, and Andrew J. Thomas attend on behalf of Plaintiffs (collectively, the "Studios"), and I attended along with Aaron Perahia and Bradley Kahn on behalf of Defendants.  During the conference, counsel discussed the substance of this Motion, including the issues and arguments set forth in the Notice of Motion and Memorandum of Points and Authorities, and the possibility of resolution.  As of the time of this filing, the Studios have not voluntarily dismissed this action or amended the Complaint.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on April 10, 2026, in Los Angeles, California.

_____
Daniel C. Posner

DECLARATION OF DANIEL C. POSNER ISO MINIMAX AND SXJT'S RULE 12(b)(2) MOTION TO DISMISS