QUINN EMANUEL URQUHART &
 SULLIVAN, LLP
  Robert M. Schwartz (Bar No. 117166)
   robertschwartz@quinnemanuel.com
  Daniel C. Posner (Bar No. 232009)
   danposner@quinnemanuel.com
  Aaron Perahia (Bar No. 304554)
   aaronperahia@quinnemanuel.com
  Moon Hee Lee (Bar No. 318020)
   moonheelee@quinnemanuel.com
  Bradley Kahn (Bar No. 364637)
   bradleykahn@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Defendants Nanonoble Pte.
Ltd. and Shanghai Xiyu Jizhi
Technology Co. Ltd.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DISNEY ENTERPRISES, INC., a Delaware corporation; UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, a Delaware limited liability limited partnership; WARNER BROS. ENTERTAINMENT INC., a Delaware corporation; MARVEL CHARACTERS, INC., a Delaware corporation; MVL FILM FINANCE LLC, a Delaware limited liability company; LUCASFILM LTD. LLC, a California limited liability company; TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware corporation; DC COMICS, a New York general partnership; THE CARTOON NETWORK, INC., a Delaware corporation; TURNER ENTERTAINMENT CO., a Delaware corporation; HANNA-BARBERA PRODUCTIONS, INC., a Delaware | Case No. 2:25-cv-08768-SB-E<br><br>**DEFENDANTS' FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT AND LOCAL RULE 7.1-1 CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br><br>Judge:    Hon. Stanley Blumenfeld, Jr.<br><br>Trial Date:    Not Set |

1

corporation; and DREAMWORKS ANIMATION L.L.C., a Delaware limited liability company,

Plaintiffs,

vs.

MINIMAX, a Chinese company; SHANGHAI XIYU JIZHI TECHNOLOGY CO. LTD., a Chinese limited company; NANONOBLE PTE. LTD., a Singaporean private limited company and DOES 1 through 20, inclusive,

Defendants.

DEFENDANTS' CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES

The undersigned counsel of record for Defendants MiniMax, Nanonoble Pte. Ltd., and Shanghai Xiyu Jizhi Technology Co. Ltd., hereby submit the following disclosure statement pursuant to Federal Rule of Civil Procedure 7.1:

No entity within MiniMax Group Inc. has been registered or organized under the standalone entity name "MiniMax."  As set forth in the contemporaneously filed Motion to Dismiss under Fed. R. Civ. P. 12(b)(2), Defendants submit this Disclosure Statement and Notice without waiving their challenge to the existence of "MiniMax" as a cognizable party.

Shanghai Xiyu Jizhi Technology Co. Ltd. is a wholly owned, indirect subsidiary of MiniMax Group Inc., a publicly traded company.

Nanonoble Pte. Ltd. is a wholly owned, indirect subsidiary of MiniMax Group Inc., a publicly traded company.

To the best of Defendants' knowledge, Alibaba Group Holding Limited, directly or indirectly, owns more than 10% of MiniMax Group Inc.  To the best of Defendants' knowledge, no other publicly traded company owns more than 10% of MiniMax Group Inc.

Further, pursuant to Local Rule 7.1-1 of the United States District Court for the Central District of California, the undersigned counsel of record for Defendants certifies that the following listed parties may have a pecuniary interest in the outcome of this case:

1.    MiniMax (Defendant)

2.    Shanghai Xiyu Jizhi Technology Co. Ltd. (Defendant)

3.    Nanonoble Pte. Ltd. (Defendant)

4.    MiniMax Group Inc. (Defendants' parent company)

5.    Alibaba Group Holding Limited (publicly held corporation owning more than 10% of Defendants' parent company)

6.    Disney Enterprises, Inc. (Plaintiff)

7.    Universal City Studios Productions LLLP (Plaintiff)

8.    Warner Bros. Entertainment Inc. (Plaintiff)

9.    Marvel Characters, Inc. (Plaintiff)

10.   MVL Film Finance LLC (Plaintiff)

11.   Lucasfilm Ltd. LLC (Plaintiff)

12.   Twentieth Century Fox Film Corporation (Plaintiff)

13.   DC Comics (Plaintiff)

14.   The Cartoon Network, Inc. (Plaintiff)

15.   Turner Entertainment Co. (Plaintiff)

16.   Hanna-Barbera Productions, Inc. (Plaintiff)

17.   DreamWorks Animation L.L.C. (Plaintiff)

These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated:  April 10, 2026          Respectfully submitted,

QUINN EMANUEL URQUHART
& SULLIVAN, LLP
Robert M. Schwartz
Daniel C. Posner
Aaron Perahia
Moon Hee Lee
Bradley Kahn

By: _____
Robert M. Schwartz

*Attorney for Defendants Shanghai Xiyu Jizhi Technology Co. Ltd. and Nanonoble Pte. Ltd.*

DEFENDANTS' CORPORATE DISCLOSURE STATEMENT AND NOTICE OF INTERESTED PARTIES