**JENNER & BLOCK LLP**
David R. Singer (SBN 204699)
dsinger@jenner.com
Julie A. Shepard (SBN 175538)
jshepard@jenner.com
Lauren M. Greene (SBN 271397)
lgreene@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA  90071-2246
Telephone:  (213) 239-5100
Facsimile:  (213) 239-5199

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DISNEY ENTERPRISES, INC.; UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP; WARNER BROS. ENTERTAINMENT INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> MINIMAX, et al., <br><br> Defendants. | Case No. 2:25-cv-08768-SB-E <br><br> Hon. Judge Stanley Blumenfeld, Jr. <br><br> **DECLARATION OF LAUREN M. GREENE IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS DEFENDANTS MINIMAX AND SHANGHAI XIYU JIZHI TECHNOLOGY CO. LTD. PURSUANT TO RULE 12(b)(2)** <br><br> Date:  May 29, 2026 <br> Time:  8:30 a.m. <br> Ctrm:  6C <br><br> Trial Date: not set |

DECLARATION OF LAUREN M. GREENE

I, Lauren M. Greene, hereby declare as follows:

1.      I am a partner at Jenner & Block LLP, counsel of record for Plaintiffs Disney Enterprises, Inc., Marvel Characters, Inc., MVL Film Finance LLC, Lucasfilm Ltd. LLC, Twentieth Century Fox Film Corporation, Universal City Studios Productions LLLP, DreamWorks Animation L.L.C., Warner Bros. Entertainment Inc., DC Comics, The Cartoon Network, Inc., Turner Entertainment Co., and Hanna-Barbera Productions Inc. (collectively, "Plaintiffs") in the above-referenced matter.  If called to testify, I could and would testify as to the following facts based on my personal knowledge and based on the records of my law firm.

2.      I make this declaration in support of Plaintiffs' Opposition to Motion to Dismiss Defendants MiniMax and Shanghai Xiyu Jizhi Technology Co. Ltd. ("SXJT") Pursuant to Rule 12(b)(2).

3.      Attached hereto as **Exhibit 1** is a true and correct copy of the United States Patent and Trademark Office ("USPTO") file for SXJT's trademark application for MiniMax serial number 98/683,675 which was downloaded from the public website of the USPTO, https://tsdr.uspto.gov/#caseNumber=98683675&caseSearchType=US_APPLICATION& caseType=DEFAULT&searchType=statusSearch, on or about April 27, 2026 (emphasis added).

4.      Attached hereto as **Exhibit 2** is a true and correct copy of the USPTO file for SXJT's trademark application for MiniMax serial number 98/683,656 which was downloaded from the public website of the USPTO, https://tsdr.uspto.gov/#caseNumber=98683656&caseSearchType=US_APPLICATION& caseType=DEFAULT&searchType=statusSearch, on or about April 27, 2026.

5.      Attached hereto as **Exhibit 3** is a true and correct copy of the USPTO file for SXJT's Trademark Registration No. 8,036,711 for MiniMax which was downloaded from the public website of the USPTO,

DECLARATION OF LAUREN M. GREENE

https://tsdr.uspto.gov/#caseNumber=8036711+&caseSearchType=US_APPLICATION&caseType=DEFAULT&searchType=statusSearch, on or about April 29, 2026.

6. Attached hereto as **Exhibit 4** is a true and correct copy of the profile page for the HailuoAI (MiniMax) YouTube account, located at: https://www.youtube.com/@Hailuoai_MiniMax.

7. Attached hereto as **Exhibit 5** is a true and correct copy of the profile page for the HailuoAI (MiniMax) Instagram account, located at: https://www.instagram.com/hailuoai_official/.

8. Attached hereto as **Exhibit 6** is a true and correct copy of the profile page for the HailuoAI (MiniMax) X account, located at: https://x.com/Hailuo_AI (emphasis added).

9. Attached hereto as **Exhibit 7** is a true and correct copy of the profile page for the MiniMax (official) X account, located at: https://x.com/MiniMax_AI (emphasis added).

10. Attached hereto as **Exhibit 8** is a true and correct copy of the Features & Labels, Inc. ("fal.ai") webpage providing API access to the MiniMax Hailuo text-to-video model, located at: https://fal.ai/models/fal-ai/minimax/hailuo-2.3/standard/text-to-video.

11. Attached hereto as **Exhibit 9** is a true and correct copy of the April 15, 2025 MiniMax press release titled "MiniMax Partners With fal.ai to Bring a One-Stop Solution to Developers," located at: https://www.minimax.io/news/minimax-partners-with-falai.

12. Attached hereto as **Exhibit 10** is a true and correct copy of the fal.ai corporate records available on the California Secretary of State Business Search website, located at: https://bizfileonline.sos.ca.gov/search/business. The corporate records show that fal.ai is a Delaware corporation with its principal address in San Francisco, California.

13. Attached hereto as **Exhibit 11** is a true and correct copy of the search results for "Hailuo" on the Poe website showing the various MiniMax Hailuo AI models available through API on Poe, located at: https://poe.com/search?q=Hailuo.

14. Attached hereto as **Exhibit 12** is a true and correct copy of the Poe Terms of Service showing that Poe is a Quora, Inc. service, located at: https://poe.com/pages/tos

(emphasis added).

15. Attached hereto as **Exhibit 13** is a true and correct copy of the Quora, Inc. corporate records available on the California Secretary of State Business Search website, located at: https://bizfileonline.sos.ca.gov/search/business.  The corporate records show that Quora, Inc. is a Delaware corporation with its principal address in Mountain View, California.

16. Attached hereto as **Exhibit 14** is a true and correct copy of the Higgsfield.ai webpage providing API access to the MiniMax Hailuo text-to-video model, located at: https://higgsfield.ai/ai/video.

17. Attached hereto as **Exhibit 15** is a true and correct copy of the Higgsfield, Inc. corporate records available on the California Secretary of State Business Search website, located at: https://bizfileonline.sos.ca.gov/search/business.  The corporate records show that Higgsfield, Inc. is a Delaware corporation with its principal address in San Francisco, California.

18. Attached hereto as **Exhibit 16** is a true and correct copy of the OpenArt.ai webpage providing API access to the MiniMax Hailuo text-to-video model, located at: https://openart.ai/video/i2v/MiniMax-Hailuo-2.3.

19. Attached hereto as **Exhibit 17** is a true and correct copy of the OpenArt.ai Terms of Service, located at: https://openart.ai/terms (emphasis added), which provide that the OpenArt "Services are controlled and operated from the United States."

20. Attached hereto as **Exhibit 18** is a true and correct copy of the January 19, 2026 MiniMax press release titled "MiniMax × OpenAI Dev Night & Hackathon Weekend," located at: https://www.minimax.io/news/minimax-openai-dev-night-hackathon-weekend.

21. Attached hereto as **Exhibit 19** is a true and correct copy of the March 26, 2026 MiniMax press release titled "MiniMax AI Founder Day @ Weekend GTC: Inside the Conversations on What's Next in AI," located at: https://www.minimax.io/news/minimax-ai-founder-day-at-gtc.

3

DECLARATION OF LAUREN M. GREENE

22.     Attached hereto as **Exhibit 20** is a true and correct copy of the April 15, 2026 MiniMax press release titled "MiniMax at HumanX 2026," located at: https://www.minimax.io/news/minimax-at-humanx-2026.

23.     Attached hereto as **Exhibit 21** is a true and correct copy of the April 16, 2026 MiniMax press release titled "MiniMax at Harvard XR 2026: Multimodal AI for the Next Generation of Spatial Computing," located at: https://www.minimax.io/news/minimax-at-harvard-xr-2026.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 1st day of May, 2026 at Los Angeles, California

_____
Lauren M. Greene

---

4

DECLARATION OF LAUREN M. GREENE