UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No.:   2:25-cv-08768-SB-E | Date:   May 1, 2026 |
|---|---|

| Title:   Disney Enterprises, Inc. et al. v. Minimax et al. | |

| Present: The Honorable | **STANLEY BLUMENFELD, JR., U.S. District Judge** |

| Lynnie Fahey | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| David R. Singer | Robert M. Schwartz |
| Lauren Michelle Greene | Aaron H Perahia |

**Proceedings: (Minutes of)** Mandatory Scheduling Conference **(Held and completed)**

The Court heard from the parties about the contents of their joint Rule 26(f) report.  The parties represented that they have fully exchanged initial disclosures.  A case management order will be issued separately.

As stated on the record, Defendant MiniMax is dismissed without prejudice. Fed. R. Civ. P. 41(a)(2).

0:18

CV-90 (12/02)                    **CIVIL MINUTES – GENERAL**                    Initials of Deputy Clerk LFA

1