QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Robert M. Schwartz (Bar No. 117166)
   robertschwartz@quinnemanuel.com
  Daniel C. Posner (Bar No. 232009)
   danposner@quinnemanuel.com
  Aaron Perahia (Bar No. 304554)
   aaronperahia@quinnemanuel.com
  Moon Hee Lee (Bar No. 318020)
   moonheelee@quinnemanuel.com
  Bradley Kahn (Bar No. 364637)
   bradleykahn@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:   (213) 443-3100

Attorneys for Defendant Shanghai Xiyu Jizhi Technology Co. Ltd.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| DISNEY ENTERPRISES, INC., a Delaware corporation; UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, a Delaware limited liability limited partnership; WARNER BROS. ENTERTAINMENT INC., a Delaware corporation; MARVEL CHARACTERS, INC., a Delaware corporation; MVL FILM FINANCE LLC, a Delaware limited liability company; LUCASFILM LTD. LLC, a California limited liability company; TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware corporation; DC COMICS, a New York general partnership; THE CARTOON NETWORK, INC., a Delaware corporation; TURNER ENTERTAINMENT CO., a Delaware corporation; HANNA-BARBERA PRODUCTIONS, INC., a Delaware corporation; and DREAMWORKS | Case No. 2:25-cv-08768-SB-E<br><br>**DECLARATION OF SHENG JINGYUAN IN SUPPORT OF DEFENDANT SHANGHAI XIYU JIZHI TECHNOLOGY CO. LTD.'S MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(2)**<br><br>Date:       May 29, 2026<br>Time:       8:30 a.m.<br>Place:      Courtroom 6C<br>Judge:      Hon. Stanley Blumenfeld, Jr.<br><br>Trial Date:     July 12, 2027 |

ANIMATION L.L.C., a Delaware limited liability company,

Plaintiffs,

vs.

MINIMAX, a Chinese company; SHANGHAI XIYU JIZHI TECHNOLOGY CO. LTD., a Chinese limited company; NANONOBLE PTE. LTD., a Singaporean private limited company and DOES 1 through 20, inclusive,

Defendants.

2                                    Case No. 2:25-cv-08768-SB-E

DECL. OF SHENG JINGYUAN ISO MOT. TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(2)

## SUPPLEMENTAL DECLARATION OF SHENG JINGYUAN

I, Sheng Jingyuan, hereby declare as follows:

1.      I am over 18 years of age.  I submit this supplemental declaration in support of Defendant Shanghai Xiyu Jizhi Technology Co. Ltd.'s ("**SXJT**'s") Reply in Support of Its Motion to Dismiss under Fed. R. Civ. P. 12(b)(2).  I have personal knowledge of the facts stated in this supplemental declaration and could testify to them if called as a witness.

2.      I have served as General Manager of Global Business at MiniMax Group Inc. ("MiniMax Group") since May 2024.  In this role, I oversee the Global Business expansion and operations of MiniMax Group's products and services, including Hailuo AI.  I am familiar with MiniMax Group's corporate structure, including the relationship among its subsidiaries, and with the operations of Nanonoble Pte. Ltd.("Nanonoble").

3.      Attached as **Exhibit A** is a true and correct copy of the U.S. Google Play Store listing for "Hailuo AI: Image & Video Maker" (Package ID ai.hailuo.video), at https://play.google.com/store/apps/details?id=ai.hailuo.video, as accessed on May 11, 2026.  The listing displays "MiniMax AI" as the display name. The listing contains an "App support" drop-down that, when expanded, identifies "NANONOBLE PTE. LTD." as the registered developer, with a registered address at 152 Beach Road, #14-02 Gateway East, Singapore 189721.  Exhibit A depicts the listing with the drop-down expanded.  SXJT does not appear on the listing.

DECL. OF SHENG JINGYUAN ISO MOT. TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(2)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 13, 2026, in Shanghai, People's Republic of China.

_____

Sheng Jingyuan

Case No. 2:25-cv-08768-SB-E

DECL. OF XUE ZIZHAO ISO MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(2)