# EXHIBIT A

## Sheng Jingyuan Declaration
## ISO Rule 12(b)(2) Motion

**PageVault**

| | |
|---|---|
| Document title: | Hailuo Al: Image&Video Maker - Apps on Google Play |
| Capture URL: | https://play.google.com/store/apps/details?id=ai.hailuo.video&hl=en_US |
| Page loaded at (UTC): | Mon, 11 May 2026 14:49:36 GMT |
| Capture timestamp (UTC): | Mon, 11 May 2026 14:52:44 GMT |
| Capture tool: | 10.80.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/10.80.0 Chrome/144.0.7559.236 Safari/537.36 |
| Operating system: | Linux (Node 24.14.0) |
| Capture ID: | by6rsxhBQAtiFXd4ReJe17 |

PDF REFERENCE #:    5HZSq45WbHwAwigbT1nG5J



Google Play



# Hailuo AI:
# Image&Video Maker

**MiniMax AI**
In-app purchases



|  |  |
|---|---|
| 4.0★ | 10M+ |
| 72.1K reviews | Downloads |

Install         Share         Add to wishlist                    ▷ Trailer







→

Teen

Diverse Content: Discretion Advised

In-App Purchases

Learn more

**App support** ^

✉   Support email
contact@hailuoai.com

🛡   Privacy Policy

**About the developer**

NANONOBLE PTE. LTD.
wangjiachen.gason@gmail.com
152 BEACH ROAD
#14-02 GATEWAY EAST
Singapore 189721
+86 188 0133 6465

## About this app   →

Hailuo AI: Your AI Image&Video Creation Companion
Transform your ideas into captivating images&videos with just a few clicks! Hailuo AI harnesses advanced AI technology to generate high-quality videos from text descriptions or images.
Key Features:
-Text-to-Image: Generate high-quality images from text prompts to support your creative workflow
- Text-to-Video: Turn your written descriptions into vivid video content…

**Updated on**

May 8, 2026

Photography

**Similar apps**   →

   invideo AI: AI Video Generator
invideo INC
4.1 ★

   Clipfly - AI Baby Dance Video
AI Art Photo Editor | Everimaging Ltd.
4.1 ★

   Viggle AI: Meme Maker
WarpEngine

## Data safety   →

Safety starts with understanding how developers collect and share your data. Data privacy and security practices may vary based on your use, region, and age. The developer provided this information and may update it over time.

Safety starts with understanding how developers collect and share your data. Data privacy and security practices may vary based on your use, region, and age. The developer provided this information and may update it over time.

⤳  This app may share these data types with third parties
Personal info, Financial info and 5 others

☁  This app may collect these data types
Personal info, Financial info and 3 others

🔒  Data is encrypted in transit

🗑  You can request that data be deleted

See details


AI Art Photo Editor | Everimaging Ltd.
4.1 ★


Viggle AI: Meme Maker
WarpEngine
4.6 ★


Raven AI: Create, Enhance, Ask
GENZCRAZE
3.9 ★


AI Video Editor, Reels: inMelo
Music Video Editor with Effects & Slideshow
4.8 ★

Captiono: AI Subtitles
Captiono
4.2 ★

## Ratings and reviews  →

Ratings and reviews are verified ⓘ

📱 Phone    💻 Chromebook    📱 Tablet

**4.0**
★★★★

70.8K reviews

| | |
|---|---|
| 5 | ████████████ |
| 4 | ██ |
| 3 | █ |
| 2 | █ |
| 1 | ██████ |

  Alex N                                             ⋮

★★☆☆☆  February 20, 2026

great quality, very low customer service, lots of issues with their system loved it up until 5 days ago. all of a sudden pictures wouldn't generate/automatic failure to generate images. its been like this ever since. I emailed customer support the issue and 2 days later they got back to be wanting more info. send it over to them promptly and its been at least 5 days with no response. Paid for credits i can't even use. Until this is fixed I wouldn't recommend this app at all

31 people found this review helpful

Did you find this helpful?    Yes      No

  MLA                                                ⋮

★☆☆☆☆  December 29, 2025

they cheated me out of 3 day trial for 90. cents and charged me $9.99 after the second day and then said my subscription only lasted for three days and it was going to renew again and they were going to charge me $9.99 again! it's supposed to be $9.99 for one month with 1,000 credits. I paid $0.90 + $9.99 and I only got less than 20 videos for only 3 days. I want a refund!!!

681 people found this review helpful

Did you find this helpful?    Yes      No

  1955Chevy406                                       ⋮

★☆☆☆☆  September 1, 2025

Total rip-off scammers. It's cool of them to give you some free credits to try out the app before buying, but you don't get a chance to use it all. I had over 80 credits left, and today when I tried to make a single image, it tells me I have NO CREDITS left. I checked, and sure enough everything I had left disappeared! Seems like everyone who has been sampling this app experienced the same thing. AI isn't even accurate when using images to create a picture. Waste of time 🤷

Document title: Hailuo AI: Image&amp;Video Maker - Apps on Google Play
Capture URL: https://play.google.com/store/apps/details?id=ai.hailuo.video&amp;hl=en_US
Capture timestamp (UTC): Mon, 11 May 2026 14:52:44 GMT

emailed customer support the issue and 2 days later they got back to be wanting more info. send it over to them promptly and its been at least 5 days with no response. Paid for credits i can't even use. Until this is fixed I wouldn't recommend this app at all

31 people found this review helpful

Did you find this helpful?    Yes    No

**MLA**

★☆☆☆☆  December 29, 2025

they cheated me out of 3 day trial for 90. cents and charged me $9.99 after the second day and then said my subscription only lasted for three days and it was going to renew again and they were going to charge me $9.99 again! it's supposed to be $9.99 for one month with 1,000 credits. I paid $0.90 + $9.99 and I only got less than 20 videos for only 3 days. I want a refund!!!

681 people found this review helpful

Did you find this helpful?    Yes    No

**1955Chevy406**

★☆☆☆☆  September 1, 2025

Total rip-off scammers. It's cool of them to give you some free credits to try out the app before buying, but you don't get a chance to use it all. I had over 80 credits left, and today when I tried to make a single image, it tells me I have NO CREDITS left. I checked, and sure enough everything I had left disappeared! Seems like everyone who has been sampling this app experienced the same thing. AI isn't even accurate when using images to create a picture. Waste of time 👎

541 people found this review helpful

Did you find this helpful?    Yes    No

See all reviews

## What's new

Upload images or media, and AI generates diverse visual effects in one click, producing natural images and video content.
Supports Omni Reference, aligning composition and subject for more consistent and controllable results.
Supports motion control, generating cinematic camera movements such as push, pull, pan, and subject tracking to enhance rhythm and cinematic feel.
Supports film development effects, restoring classic film colors and grain for a vintage visual style.

⚑  Flag as inappropriate

| Google Play | Kids & family |
| --- | --- |
| Play Pass | Parent Guide |
| Play Points | Family sharing |
| Gift cards | |
| Redeem | |
| Refund policy | |

Terms of Service    Privacy    About Google Play    Developers    Google Store                      🇺🇸 United States (English (United States))