**JENNER & BLOCK LLP**
David Singer (SBN 204699)
DSinger@jenner.com
Julie Shepard (SBN 175538)
JShepard@jenner.com
Lauren Greene (SBN 271397)
LGreene@jenner.com
Mark Marciszewski (SBN 344240)
MMarciszewski@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
Telephone: +1 213 239 5100
Facsimile: +1 213 239 5199

*Attorneys for Plaintiffs and Counterclaim-Defendants*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DISNEY ENTERPRISES, INC.; UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP; WARNER BROS. ENTERTAINMENT INC., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>MINIMAX, et al.,<br>Defendants.<br><br>NANONOBLE PTE. LTD.,<br><br>Counterclaimant,<br><br>v.<br><br>DISNEY ENTERPRISES, INC., UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, WARNER BROS. ENTERTAINMENT INC., et al.,<br><br>Counterclaim-Defendants. | Case No. 2:25-cv-08768-SB-E<br><br>Hon. Judge Stanley Blumenfeld, Jr.<br>Magistrate Judge Charles F. Eick<br><br>**WARNER BROS. DISCOVERY PLAINTIFFS' AMENDED FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT AND LOCAL RULE 7.1-1 CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |

The undersigned counsel of record for plaintiffs Disney Enterprises, Inc., Marvel Characters, Inc., MVL Film Finance LLC, Lucasfilm Ltd. LLC, and Twentieth Century Fox Film Corporation (collectively, "Disney" or "Disney Plaintiffs"), Universal City Studios Productions LLLP and DreamWorks Animation L.L.C. (collectively, "Universal" or "Universal Plaintiffs"), and Warner Bros. Entertainment Inc., DC Comics, The Cartoon Network, Inc., Turner Entertainment Co., and Hanna-Barbera Productions, Inc. (collectively, "Warner Bros. Discovery" or "Warner Bros. Discovery Plaintiffs") hereby submits the following amended disclosure statement pursuant to Federal Rule of Civil Procedure 7.1 as to the Warner Bros. Discovery Plaintiffs only:

Warner Bros. Entertainment Inc. is a wholly owned indirect subsidiary of Skydance Corporation, a publicly traded company.

DC Comics is a wholly owned indirect subsidiary of Skydance Corporation, a publicly traded company.

The Cartoon Network, Inc. is a wholly owned indirect subsidiary of Skydance Corporation, a publicly traded company.

Turner Entertainment Co. is a wholly owned indirect subsidiary of Skydance Corporation, a publicly traded company.

Hanna-Barbera Productions, Inc. is a wholly owned indirect subsidiary of Skydance Corporation, a publicly traded company.

Harbor Lights Entertainment, Inc. (formerly known as National Amusements, Inc.), a privately held company, beneficially owns all of the Class A voting stock of Skydance Corporation.

No publicly held corporation owns 10% or more of Skydance Corporation's Class A or Class B common stock.

Further, pursuant to Local Rule 7.1-1 of the United States District Court for the Central District of California, the undersigned counsel of record for Disney, Universal, and Warner Bros. Discovery certifies that the following listed parties may have a pecuniary

interest in the outcome of this case:

1. Disney Enterprises, Inc. (Plaintiff)
2. Marvel Characters, Inc. (Plaintiff)
3. MVL Film Finance LLC (Plaintiff)
4. Lucasfilm Ltd. LLC (Plaintiff)
5. Twentieth Century Fox Film Corporation (Plaintiff)
6. The Walt Disney Company (Disney's parent company)
7. Universal City Studios Productions LLLP (Plaintiff)
8. DreamWorks Animation L.L.C. (Plaintiff)
9. Comcast Corporation (Universal's parent company)
10. Warner Bros. Entertainment Inc. (Plaintiff)
11. DC Comics (Plaintiff)
12. The Cartoon Network, Inc. (Plaintiff)
13. Turner Entertainment Co. (Plaintiff)
14. Hanna-Barbera Productions, Inc. (Plaintiff)
15. Skydance Corporation (Warner Bros. Discovery's parent company)
16. Harbor Lights Entertainment, Inc. (owner of all Class A stock of Skydance Corporation)
17. Shanghai Xiyu Jizhi Technology Co. Ltd. (Defendant)
18. Nanonoble Pte. Ltd. (Defendant and Counterclaimant)

These representations are made to enable the Court to evaluate possible disqualification or recusal.

Dated: October 20, 2026

JENNER & BLOCK LLP

By: /s/ *David R. Singer*

David R. Singer
Julie A. Shepard
Lauren M. Greene
Mark Marciszewski

*Attorneys for Plaintiffs*