**JENNER & BLOCK LLP**
David R. Singer (SBN 204699)
dsinger@jenner.com
Julie A. Shepard (SBN 175538)
jshepard@jenner.com
Lauren M. Greene (SBN 271397)
lgreene@jenner.com
Mark D. Marciszewski (SBN 344240)
mmarciszewski@jenner.com
515 South Flower Street, Suite 3300
Los Angeles, CA 90071-2246
Telephone: (213) 239-5100
Facsimile: (213) 239-5199

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

DISNEY ENTERPRISES, INC.; UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP; WARNER BROS. ENTERTAINMENT INC., et al.,

Plaintiffs,

v.

MINIMAX, et al.,

Defendants.

NANONOBLE PTE. LTD.,

Counterclaimant,

v.

DISNEY ENTERPRISES, INC.; UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP; WARNER BROS. ENTERTAINMENT INC., et al.,

Counter-Defendants.

Case No. 2:25-cv-08768-SB-E

Hon. Judge Stanley Blumenfeld, Jr.

**DECLARATION OF JULIE A. SHEPARD IN SUPPORT OF JOINT MOTION FOR EXTENSION OF CASE SCHEDULE**

Complaint Filed: September 16, 2025
Trial Date: July 12, 2027

I, Julie A. Shepard, hereby declare as follows:

1. I am a partner at Jenner & Block LLP, counsel of record for Plaintiffs Disney Enterprises, Inc., Marvel Characters, Inc., MVL Film Finance LLC, Lucasfilm Ltd. LLC, Twentieth Century Fox Film Corporation, Universal City Studios Productions LLLP, DreamWorks Animation L.L.C., Warner Bros. Entertainment Inc., DC Comics, The Cartoon Network, Inc., Turner Entertainment Co., and Hanna-Barbera Productions Inc. (collectively, "Plaintiffs") in the above-referenced matter. If called to testify, I could and would testify as to the following facts based on my personal knowledge and based on the records of my law firm.

2. I make this declaration in support of the Parties' Joint Motion for Extension of Case Schedule. As co-lead counsel with David Singer in this litigation since its inception, I have participated in or supervised the matters detailed in this declaration.

3. Plaintiffs have been diligent in their prosecution of this case, including in their efforts to move forward with, and complete, discovery. Despite these efforts, additional time is needed to complete party and third-party discovery, including depositions, for the reasons set forth below.

4. Plaintiffs served their first set of requests for production on April 15, 2026, and their first set of interrogatories and requests for admission on April 30, 2026.

5. Before and since the Court issued its order setting the current and original case schedule on May 1, 2026, the Parties have served and responded to hundreds of written discovery requests.

6. Plaintiffs have collectively made fifteen rolling productions (five from Disney, five from Warner Bros. Discovery, and five from Universal) since August 21, 2026.

7. Plaintiffs have produced the vast majority of documents responsive to Defendants' requests for production and anticipate substantially completing their production of documents pursuant to Plaintiffs' responses to Defendants' pending requests by December 18, 2026.

8. Defendants' initial production of non-confidential documents on October 2, 2026, which Defendants replaced and supplemented on October 30, 2026, contains documents that are in foreign languages. These documents, and any subsequent production of documents in foreign languages, such as Chinese, will require additional time for Plaintiffs to review as they will require translation.

9. As part of the Parties' efforts to resolve discovery disputes without Court intervention, the Parties have exchanged at least twenty discovery letters and eleven substantiative discovery emails, and the Parties have met and conferred at least eight times over the past six months. The history of the Parties' meet and confer efforts is outlined further below in the chart on page 4.

10. Defendants have served four sets of supplemental responses, and Plaintiffs have served one in efforts to resolve certain discovery disputes.

11. Some of the core discovery in dispute involved Plaintiffs' requests for production of certain categories of Defendants' source code ("Source Code RFPs"), which Plaintiffs served on April 15, 2026, as well as a request for inspection ("RFI") of a Hailuo AI account that would not be monitored by Defendants in order to protect Plaintiffs' confidential work product.

12. The Parties met and conferred regarding Defendants' objections to the Source Code RFPs from June through October, 2026.

13. On September 29, 2026, Plaintiffs provided Defendants with Plaintiffs' portion of the required Joint Stipulation to support a motion to compel source code (and related technical materials) in response to Plaintiffs' requests for production and Plaintiffs' request for inspection of a Hailuo AI account, along with a declaration from Plaintiffs' source code expert explaining the need for the withheld code. After the Parties participated in additional meet and confer efforts, on October 28, 2026, Defendants agreed that they would produce the requested source code and related technical materials if allowed by the PRC. The Parties also resolved their disputes regarding the RFI, reaching agreement on terms for

Plaintiffs to inspect Defendants' Hailuo AI image- and video-generation service through a testing account on October 23, 2026.

14. The Parties' agreements have not resolved the timing or outcome of the PRC Review. Defendants' submissions to the PRC do not include or involve Plaintiffs or their counsel.

15. Once Defendants make source code available for review, Plaintiffs will arrange for their experts to review it. That review may inform Plaintiffs' depositions and the Parties' expert reports.

16. Substantial non-source-code discovery remains. While the Parties have resolved a number of issues without need for Court intervention, other issues are still the subject of dispute and will be subject to motion practice if resolution is not reached soon. The Parties are continuing to meet and confer on issues that remain open.

17. Some follow-up discovery will depend on what the outstanding documents to be produced by Defendants and any approved source code and related technical materials show.

18. Similarly, there are additional items that cannot be completed until the PRC Review is completed and Defendants produce the responsive documents and information. For example, Plaintiffs may identify additional percipient witnesses to depose, or Plaintiffs may need to serve additional discovery, including on third parties.

19. In November, Plaintiffs provided a list of 30(b)(6) deposition topics for Defendants' depositions and Defendants have served notices for Rule 30(b)(6) depositions with placeholder dates. The Parties will be conferring on objections and the deposition dates, some of which will depend on the production of documents subject to PRC review and others of which depend on documents not yet produced by Defendants.

20. As at least some witnesses associated with Defendants are believed to reside in China and Singapore, the Parties have conferred in good faith about deposition locations, including Los Angeles, Hong Kong, Singapore, and remote testimony. The Rule 30(b)(6)

depositions of Defendants may take place in Los Angeles, Hong Kong, or Singapore. The Parties agree that witness location and translation needs may lengthen the deposition schedule and, with the outstanding productions, add to the need for more time.

21. For the reasons identified above, and in light of the uncertainty of when source code will be approved for production through the PRC Review and available for review by Plaintiffs' experts, the Parties conferred and agreed to jointly request a fourteen-week extension of fact discovery, through May 28, 2027.

22. Under the Parties' proposed schedule, the Parties would serve initial expert reports on June 11, 2027, two weeks after fact discovery closes on May 28, 2027; serve rebuttal reports four weeks later, on July 9, 2027; and complete expert depositions by August 6, 2027. Both sides anticipate expert testimony, and review of any produced source code and related technical materials may require restricted access and coordination with counsel. The proposed intervals should allow each side to prepare its reports and examine the other side's experts after completing the principal fact discovery, including any production of source code.

| **Meet and Confer History** | | |
|---|---|---|
| **Date** | **Pty** | **Event** |
| 04/15/2026 | Π | • First Set of Requests for Production to SXT;<br>• First Set of Requests for Production to Nanonoble. |
| 04/24/2026 | Π | Initial Disclosures |
| 04/24/2026 | Δ | Initial Disclosures |
| 04/30/2026 | Π | • First Set of Requests for Admission to SXT;<br>• First Set of Requests for Admission to Nanonoble;<br>• First Set of Interrogatories to SXJT;<br>• First Set of Interrogatories to Nanonoble. |

| **Meet and Confer History** | | |
|---|---|---|
| **Date** | **Pty** | **Event** |
| 05/18/2026 | Π | Letter to Defendants regarding Source Code and Foreign Government Review |
| 06/02/2026 | Δ | Letter to Plaintiffs regarding Source Code and Foreign Government Review |
| 06/05/2026 | Δ | • SXJT's Responses and Objections to First Set of Requests for Production;<br>• Nanonoble's Responses and Objections to First Set of Requests for Production. |
| 06/11/2026 | Π | Letter to Defendants regarding SXJT's and Nanonoble's Responses and Objections to Plaintiffs' First Set of Requests for Production |
| 06/17/2026 | Π | First Request for Inspection |
| 06/17/2026 | Δ | • First Set of Requests for Admission to Disney;<br>• First Set of Requests for Admission to Universal;<br>• First Set of Requests for Admission to Warner Bros. Discovery;<br>• First Set of Requests for Production to Disney;<br>• First Set of Requests for Production to Universal;<br>• First Set of Requests for Production to Warner Bros. Discovery;<br>• First Set of Interrogatories to all Plaintiffs |
| 06/22/2026 | Δ | Letter to Plaintiffs regarding SXJT's and Nanonoble's Responses and Objections to Plaintiffs' First Set of Requests for Production |

| Meet and Confer History | | |
|---|---|---|
| **Date** | **Pty** | **Event** |
| 06/22/2026 | Δ | • SXJT's Responses and Objections to First Set of Requests for Admission;<br>• Nanonoble's Responses and Objections to First Set of Requests for Admission;<br>• SXJT's Responses and Objections to First Set of Interrogatories;<br>• Nanonoble's Responses and Objections to First Set of Interrogatories. |
| 07/06/2026 | Δ | Response to First Request for Inspection |
| 07/07/2026 | Π / Δ | Parties meet and confer regarding SXJT's and Nanonoble's Responses and Objections to Plaintiffs' First Set of Requests for Production and Foreign Government Review |
| 07/21/2026 | Π | Email to Defendants regarding SXJT's and Nanonoble's Responses and Objections to Plaintiffs' First Set of Requests for Production |
| 07/29/2026 | Δ | Letter to Plaintiffs regarding SXJT's and Nanonoble's Responses and Objections to Plaintiffs' First Set of Requests for Production |
| 08/07/2026 | Π / Δ | Stipulated Protective Order filed [Dkt. No. 64] |

| Meet and Confer History | | |
|---|---|---|
| **Date** | **Pty** | **Event** |
| 08/07/2026 | Π | • Disney's Responses and Objections to First Set of Requests for Admission;<br>• Universal's Responses and Objections to First Set of Requests for Admission;<br>• Warner Bros Discovery's Responses and Objections to First Set of Requests for Admission;<br>• Disney's Responses and Objections to First Set of Requests for Production;<br>• Universal's Responses and Objections to First Set of Requests for Production;<br>• Warner Bros. Discovery's First Set of Requests for Production;<br>• Disney's Responses and Objections to First Set of Interrogatories;<br>• Universal's Responses and Objections to First Set of Interrogatories;<br>• Warner Bros. Discovery's Responses and Objections to First Set of Interrogatories. |
| 08/10/2026 | Π | Letter to Defendants regarding (1) Defendants' Responses and Objections to Plaintiffs' Request for Inspection; (2) SXJT's and Nanonoble's Responses and Objections to Plaintiffs' First Set of Requests for Admission; and (3) SXJT's and Nanonoble's Responses and Objections to Plaintiffs' First Set of Interrogatories |
| 08/11/2026 | Π | Letter to Defendants regarding SXJT's and Nanonoble's Responses and Objections to Plaintiffs' First Set of Requests for Production |
| 08/17/2026 | Δ | Second Set of Requests for Production to Disney |

| Meet and Confer History | | |
|---|---|---|
| **Date** | **Pty** | **Event** |
| 08/21/2026 | Π / Δ | Parties meet and confer regarding Plaintiffs' First Set of Requests for Production, Requests for Inspection, First Set of Requests for Admission, and First Set of Interrogatories |
| 08/21/2026 | Π | • Disney's First Document Production<br>• Universal's First Document Production;<br>• Warner Bros. Discovery's First Document Production. |
| 08/21/2026 | Δ | Request to meet and confer regarding Defendants' First Sets of Requests for Admission, Requests for Production, and Interrogatories |
| 08/24/2026 | Π | Email to Defendants regarding Parties' August 21 meet and confer and Defendants' First Sets of Requests for Admission, Requests for Production, and Interrogatories |
| 08/25/2026 | Π / Δ | Parties meet and confer regarding Plaintiffs' First Set of Requests for Production, First Set of Requests for Admission, and First Set of Interrogatories |
| 08/25/2026 | Δ | • Email to Plaintiffs regarding Plaintiffs' First Set of Requests for Admission, First Set of Requests for Production, and First Set of Interrogatories<br>• Email to Plaintiffs regarding Defendants' First Sets of Requests for Admission, Requests for Production, and Interrogatories |
| 08/27/2026 | Π / Δ | Parties meet and confer regarding Defendants' First Set of Requests for Production, First Set of Requests for Admission, and First Set of Interrogatories |
| 08/28/2026 | Π / Δ | Parties meet and confer regarding Defendants' First Set of Requests for Production, First Set of Requests for Admission, and First Set of Interrogatories |

| Meet and Confer History | | |
|---|---|---|
| **Date** | **Pty** | **Event** |
| 08/31/2026 | Π | Letter to Defendants regarding (1) Defendants' Responses and Objections to Plaintiffs' Request for Inspection and (2) SXJT's and Nanonoble's Responses and Objections to Plaintiffs' First Set of Requests for Production |
| 09/01/2026 | Π / Δ | Parties meet and confer regarding Defendants' First Set of Requests for Production, First Set of Requests for Admission, and First Set of Interrogatories |
| 09/04/2026 | Δ | Letter to Plaintiffs regarding (1) Defendants' Responses and Objections to Plaintiffs' Request for Inspection and (2) SXJT's and Nanonoble's Responses and Objections to Plaintiffs' First Set of Requests for Production |
| 09/08/2026 | Δ | Letter to Plaintiffs regarding (1) Plaintiffs' Responses and Objections to Defendants' First Set of Requests for Admission; (2) Plaintiffs' Responses and Objections to Defendants' First Set of Requests for Production; and (3) Plaintiffs' Responses and Objections to Defendants' First Set of Interrogatories |
| 09/08/2026 | Δ | • Third Set of Requests for Production to Disney;<br>• Second Set of Requests for Production to Universal;<br>• Second Set of Requests for Production to Warner Bros. Discovery |
| 09/08/2026 | Δ | Document Subpoena to Motion Picture Association |
| 09/14/2026 | Π | Disney's Responses and Objections to Second Set of Requests for Production |
| 09/17/2026 | Π | Letter to Defendants regarding (1) SXJT's and Nanonoble's Responses and Objections to Plaintiffs' First Set of Requests |

| **Meet and Confer History** | | |
|---|---|---|
| **Date** | **Pty** | **Event** |
| | | for Admission; and (2) SXJT's and Nanonoble's Responses and Objections to Plaintiffs' First Set of Interrogatories |
| 09/17/2026 | Π | Letter to Defendants regarding Defendants' Responses and Objections to Plaintiffs' Request for Inspection |
| 09/18/2026 | Π | Letter to Defendants confirming impasse on Defendants' refusal to produce any source code |
| 09/18/2026 | Π | Letter to Defendants regarding (1) Plaintiffs' Responses and Objections to Defendants' First Set of Requests for Admission; (2) Plaintiffs' Responses and Objections to Defendants' First Set of Requests for Production; and (3) Plaintiffs' Responses and Objections to Defendants' First Set of Interrogatories |
| 09/18/2026 | Δ | • SXJT's Supplemental Responses and Objections to First Set of Requests for Production; • Nanonoble's Supplemental Responses and Objections to First Set of Requests for Production. |
| 09/18/2026 | Δ | • SXJT's Supplemental Responses and Objections to First Set of Requests for Admission; • Nanonoble's Supplemental Responses and Objections to First Set of Requests for Admission. |
| 09/22/2026 | Π | Letter to Defendants regarding Plaintiffs' Responses and Objections to Defendants' Request For Production No. 27 |
| 09/23/2026 | Δ | Letter to Plaintiffs' regarding dispute related to Defendants refusal to produce any source code |
| 09/29/2026 | Π | Serve on Defendants Rule 37-2 Motion to Compel Moving Papers regarding Plaintiffs' RFP Nos. 57-59, 63-64, 66, and |

| Meet and Confer History | | |
|---|---|---|
| **Date** | **Pty** | **Event** |
| | | 131 (requests seeking source code), including a declaration from Plaintiffs' expert, and Plaintiffs' Requests for Inspection |
| 10/01/2026 | Π | Disney's Second Document Production |
| 10/02/2026 | Π | • Disney's Third Document Production;<br>• Universal's Second Document Production;<br>• Warner Bros. Discovery's Second Document Production. |
| 10/02/2026 | Δ | Defendants' First Document Production |
| 10/05/2026 | Π | Letter to Defendants regarding SXJT's and Nanonoble's First Supplemental Responses and Objections to Plaintiffs' First Set of Requests for Admission |
| 10/05/2026 | Third-Party | Motion Picture Association Responses and Objections to Document Subpoena |
| 10/08/2026 | Π / Δ | Parties meet and confer regarding Plaintiffs' Rule 37-2 Motion to Compel |
| 10/08/2026 | Π | • Disney's Responses and Objections to Third Set of Requests for Production;<br>• Universal's Responses and Objections to Second Set of Requests for Production;<br>• Warner Bros. Discovery's Responses and Objections to Second Set of Requests for Production. |
| 10/17/2026 | Π | Letter to Defendants regarding Defendants' First Document Production |
| 10/19/2026 | Π / Δ | Parties meet and confer regarding Plaintiffs' Rule 37-2 Motion to Compel |
| 10/19/2026 | Π | Email to Defendants regarding Plaintiffs' Source Code Requests for Production and Plaintiffs' Request for Inspection |

| **Meet and Confer History** | | |
|---|---|---|
| **Date** | **Pty** | **Event** |
| 10/20/2026 | Δ | Email to Plaintiffs regarding Plaintiffs' Source Code Requests for Production and Plaintiffs' Request for Inspection |
| 10/21/2026 | Π | Email to Defendants regarding Plaintiffs' Source Code Requests for Production and Plaintiffs' Request for Inspection |
| 10/22/2026 | Δ | Email to Plaintiffs regarding Plaintiffs' Source Code Requests for Production and Plaintiffs' Request for Inspection |
| 10/23/2026 | Π | Email to Defendants regarding Plaintiffs' Source Code Requests for Production and Plaintiffs' First Set of Requests for Admissions and Interrogatories |
| 10/23/2026 | Π | Letter to Defendants memorializing the Parties' agreement regarding Plaintiffs' Request for Inspection |
| 10/23/2026 | Δ | Email to Plaintiffs regarding Plaintiffs' Source Code Requests for Production and Plaintiffs' First Set of Requests for Admissions and Interrogatories |
| 10/27/2026 | Π | Universal's Third Document Production |
| 10/26/2026 | Π / Δ | Parties meet and confer regarding Plaintiffs' Rule 37-2 Motion to Compel, Defendants' Responses and Objections to Plaintiffs' First Set of Interrogatories, and Defendants' Supplemental Responses and Objections to Plaintiffs' First Set of Requests for Admission |
| 10/27/2026 | Δ | Email to Plaintiffs regarding Plaintiffs' Source Code Requests for Production and Plaintiffs' First Set of Requests for Admissions and Interrogatories |
| 10/28/2026 | Π | Letter to Defendants regarding Plaintiffs' First Set of Requests for Production about requests related to training, prompts, and outputs and Foreign Government Review |

| **Meet and Confer History** | | |
|---|---|---|
| **Date** | **Pty** | **Event** |
| 10/28/2026 | Π / Δ | Parties resolve disputes regarding Plaintiffs' Rule 37-2 Motion to Compel related to source code requests pending PRC Review |
| 10/29/2026 | Δ | • SXJT's Supplemental Responses and Objections to First Set of Interrogatories;<br>• Nanonoble's Supplemental Responses and Objections to First Set of Interrogatories. |
| 10/30/2026 | Π | • Disney's Supplemental Responses and Objections to First Set of Requests for Admission;<br>• Universal's Supplemental Responses and Objections to First Set of Requests for Admission;<br>• Warner Bros. Discovery's Supplemental Response and Objections to First Set of Requests for Admission. |
| 10/30/2026 | Π | • Second Set of Interrogatories to SXT;<br>• Second Set of Interrogatories to Nanonoble. |
| 10/30/2026 | Δ | • SXJT's Second Supplemental Responses and Objections to First Set of Requests for Admission;<br>• Nanonoble's Second Supplemental Responses and Objections to First Set of Requests for Admission. |
| 10/30/2026 | Δ | Defendants' Second Document Productions |
| 11/02/2026 | Π | • Disney's Fourth Document Production;<br>• Universal's Fourth Document Production;<br>• Warner Bros. Discovery's Third Document Production |
| 11/09/2026 | Π | • Warner Bros. Discovery's Fourth Document Production |
| 11/13/2026 | Π | • Second Set of Requests for Admission to SXJT;<br>• Second Set of Requests for Admission to Nanonoble |

| **Meet and Confer History** | | |
|---|---|---|
| **Date** | **Pty** | **Event** |
| 11/18/2026 | Π | Plaintiffs sent Rule 30(b)(6) deposition topics for Defendants' depositions to Defendants to start the required meet and confer process. |
| 11/18/2026 | Π | • Disney's Fifth Document Production ;<br>• Universal's Fifth Document Production;<br>• Warner Bros. Discovery's Fifth Document Production. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 22, 2026 in Los Angeles, California.

*/s/ Julie A. Shepard*
Julie A. Shepard