**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DISNEY ENTERPRISES, INC.; UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP; WARNER BROS. ENTERTAINMENT INC., et al.,<br>Plaintiffs,<br>v.<br>MINIMAX, et al.,<br>Defendants.<br><br>NANONOBLE PTE. LTD.,<br>Counterclaimant,<br>v.<br>DISNEY ENTERPRISES, INC.; UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP; WARNER BROS. ENTERTAINMENT INC., et al.,<br>Counter-Defendants. | Case No. 2:25-cv-08768-SB-E<br><br>Hon. Judge Stanley Blumenfeld, Jr.<br><br>**[PROPOSED] ORDER CONTINUING DEADLINES IN THE CASE MANAGEMENT ORDER**<br><br>Complaint Filed: September 16, 2025<br>Orig. Resp. Pldg: June 5, 2026<br>Trial Date: July 12, 2027 |

Having considered the Parties joint request to continue the deadlines in the Case Management Order (CMO) [Dkt. No. 45] and finding good cause to grant a continuance, the Court hereby modifies the CMO by adopting the Proposed Dates (as may have been modified) in the table below.

| Event | Prior Dates | Current Dates | Proposed Dates |
|---|---|---|---|
| **Trial** | None | 07/12/2027 | 01/24/2028 |
| **Pretrial Conf.** | None | 06/25/2027 | 01/07/2028 |
| **Motion to Amend Pleadings** | None | 06/26/2026 | 06/26/2026 |
| **Plaintiffs' Substantial Completion of Document Production** | None | None | 12/18/2026 |
| **Defendants' Substantial Completion of Document Production** (Except Materials Subject to PRC Review) | None | None | 02/19/2027 |
| **Status Reports** on PRC Review and Outstanding Discovery | None | None | 02/12/2027<br>03/19/2027<br>04/23/2027 |
| **Fact Discovery Cutoff** (Including Motion Hearing Cutoff) | None | 02/19/2027 | 05/28/2027 |
| **Expert Discovery Cutoff** (Including Motion Hearing Cutoff) | None | 03/19/2027 | 08/06/2027 |
| Initial Expert Disclosure | None | 02/05/2027 | 06/11/2027 |
| Rebuttal Expert Disclosure | None | 02/19/2027 | 07/09/2027 |
| **Non-Discovery Motion Hearing Cutoff** | None | 04/02/2027 | 10/15/2027 |
| **Settlement Conf. Deadline** (private) | None | 04/16/2027 | 06/25/2027 |
| **Post-Settle. Conf.**<br>Joint Status Report Due (7 days before *by 9:00 am*) | None | 04/30/2027<br>04/23/2027 | 07/09/2027<br>07/02/2027 |
| **Trial Filings (1st Set)** | None | 05/28/2027 | 12/03/2027 |
| **Trial Filings (2nd Set)** | None | 06/11/2027 | 12/17/2027 |

Dated: <**SELECT DATE**>

**Stanley Blumenfeld, Jr.**
**United States District Judge**